**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_Panama City_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_Daniel Gould_ ,

Inmate # __102428__ .
(Enter full name of Plaintiff)

vs.

CASE NO: $S.12$ cv 63 RS/GRJ _____
(To be assigned by Clerk)

_Ken Tucker Secretary D.O.C._ ,
_N B Gibe MD C HO_ ,
_William Churchill Warden NWFRC_ ,
_E. Louis MD_ ,
_Ms Smiley Nurse_ .

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 0312*12UsDcFln3PM0146  ES

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Daniel Gould

Inmate Number: 102428

Prison or Jail: Northwest Fla. Rec. Ctr.

Mailing address: 4455 Sam Mitchell Dr.
Chipley, Fla. 32428

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Ken Tucker
Official position: Secratary Dept. of Corr.
Employed at: DOC, Tallahassee
Mailing address: 501 Calhoun st.
Tallahassee, Fla.

(2) Defendant's name: N.B. Gilo
Official position: Cheif Health Officer
Employed at: Northwest Fla. Rec Ctr.
Mailing address: 4455 Sam Mitchell Dr.
Chipley, Fla 32428

(3) Defendant's name: William Churchwell
Official position: Warden
Employed at: Northwest Fla. Rec. Ctr.
Mailing address: 4455 Sam Mitchell Dr.
Chipley, Fla. 32428

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2 q

## I.    PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:     Daniel Gould

Inmate Number        102428

Prison or Jail:          NWFRC  H-1-207 up

Mailing address:       4455 Sam Mitchell Dr

                       Chipley Fk 32428

## II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:   E. Louis

       Official position:    M D

       Employed at:        NWFRC Annex

       Mailing address:     4455 Sam Mitchell Dr

                            Chipley Fl 32428

(2)   Defendant's name:   Mrs Smiley

       Official position:    Nurse

       Employed at:        NWFRC Annex

       Mailing address:     4455 Sam Mitchell Dr

                            Chipley Fl 32428

(3)   Defendant's name:   Mrs Fromm

       Official position:    Nurse at Sick Call

       Employed at:        NWFRC

       Mailing address:     4455 Sam Mitchell Dr

                            Chipley Fla 32428

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No( ✓

1.   Parties to previous action:
(a)   Plaintiff(s): _____

(b)   Defendant(s): _____

2.   Name of judge: _____          Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                    No( ✓

1.   Parties to previous action:
a.   Plaintiff(s): _____

b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____          Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____     Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____     Case Docket # _____

4.   Approximate filing date: _____     Dismissal date: _____

5.   Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

5

This is a complaint on the repeated denials of needed medication, passes and or treatment. The Petitioner claims that the medical Department deliberately and maliciously denied medical treatments and life sustaining medication. The same medical department answered numerous written grievances with lies, deception and by ignoring subjects altogether. The Petitioner was denied the grievance procedure by the lack of any type of investigation. Any and all answers given by the medical department was excepted despite the ease the lies could/would have been found out. The process itself encouraged medical's lies, noticeable by the blatancy of the lies used. Petitioner was forced to go to repeated sick calls (and charged repeated co-payments) to get medication and treatments caused by the deliberate indifference of nurses and doctors. Treatments and medication that had no reason to stop in the first place.

The Petitioner has been diagnosed with hypothyroidism, cold intolerance (a side effect of hypothyroidism that grows worse with time; approximately 24 years for the Petitioner). GERD (Gastro Esophigal Reflux Disease) and I. B. D. (Irritable Bowel Disease). These are the main issues but not the only things medical has been deliberately negligent to.

The Petitioner has a serious medical need for medication and therapeutic treatments for these diseases. Lack of Thyroid medication will in time cause organ failure or death. Lack of GERD medication will cause severe damage to the esophageal lining, cancer, or Barret's disease. Lack of treatment (a therapeutic diet) for I. B. D. will and has caused diarrhea, cramps from gas, dehydration and rectal bleeding. Cold intolerance is self explanatory and needs medical passes during winter months for long Johns, extra blanket and no prolonged exposure to temperatures under 45 degrees.

Petitioner claims that the medical department; nurses, doctors, CHO, the Warden and the Grievance Teams have been deliberately indifferent and negligent of the repeated needed medication, treatments, passes and therapeutic diets. And, the outright lies, deception and ignoring of Grievance responses medical gave that were not checked or investigated properly.

The problems started approximately on December 2009 (winter), when medical lied and falsified information in 3 consecutive grievances claiming there was no information in my medical file showing I had cold intolerance. By the time I was forced to file the 4th grievance, medical changed their response to the information was there but it was no longer cold (being May by then).

From that point a campaign of neglect and grievance retaliation has gone on for more than 2 years. Repeated denials of thyroid medication, GERD medication and cold intolerance passes and therapeutic diets. Every denial response was I needed to go to sick call (and pay another co-payment), denials of the diet passes take 3 sick call visits (and 3 co-pays) to see the doctor to get it back.

Petitioner was denied thyroid medication 7 times in under 20 months. The diet pass was denied 5 times in under 20 months. GERD medication was repeatedly denied until just recently Petitioner was told he had to take a medication that barely works and causes headaches or he'd get nothing at all. By doctor Louis. Cold intolerance passes were denied, but to bare minimum and again denied in 3 consecutive winters. Petitioner went to medical emergency twice for excessive diarrhea. A problem that is listed as something that's posted as a medical emergency. Nurse Smiley denied medical emergency because I waited 3 days. When the direct warning on a bottle of Pepto Bismal says if condition lasts more than 2 days see a doctor!

Thyroid medication has been denied for such lengths of time that petitioner's thyroid level has raised above 275. A normal level is $0.3 - 5.5$. That's conceivably 200 times a normal level. Every day medication is denied gives the user flu like symptoms, depression and lethargy that grows worse not till the medication is restarted, but until the level lowers back to normal. The CHO has answered repeated grievances with how I need to go to sick call and be charged a co-pay to restart the medication. More than once Petitioner had an ongoing prescription at the time. Others were from the 90 day prescription being written with no refills, forcing more co-payments. The CHO knowingly responded to grievances claiming Petitioner had no medication with further denials of medication until the Petitioner submitted to being charged co-pays. The medical department took the thyroid medication to be given out as single dose in the pill window. The pill window is only open during chow time. Thyroid medication needs to be taken 1 hour before or 2-3 hours after eating. I was forced to refuse to take medication the wrong way in writing. Medical has used that against the Petitioner to claim he has refused medication. Petitioner never refused to take the medication, just refused to take them in a way that the warning on bottles says not to.

Petitioner one time was denied a diet pass renewal by nurse Smiley. After the denial and sick call visits for continued diarrhea, gas cramps, rectal bleeding and dehydration, Petitioner had to be wheeled off the rec-yard, unconscious and packed in ice from dehydration. Even after that,

when the 90 day diet pass expired, it was denied again. Every time the pass is denied the same symptoms return only to be denied again.

Petitioner went to sick call in October 2011. The nurse who couldn't prescribe medication from the side effects another medication was causing, i.e. aggravating the GERD, nor could she write a pass for cold intolerance so I was put in to see the doctor. 43 days and a grievance later the doctor, E. Louis, told me that I had to take a generic Zantac. A medication known to not work well and cause headaches. He doubled the prescription dosage. The doctor further told me the cold intolerance pass was denied because if Petitioner was given a pass, anyone who was hypothyroid would be able to get one also. A grievance on this said that I wasn't put in to see the doctor and the diet was prescribed to fix the GERD. The diet isn't for GERD. It's for I. B. D. - medication is for GERD. And, if I wasn't put in to see the doctor, why would he prescribe a diet to fix the problem? My diet pass has his signature. Plus, it's taken 40 plus days from sick call to see a doctor was ignored along with what the doctor said. That is the lies I am forced to take because none of the grievances are investigated to the continued lies and deceptions that are excepted unquestioned.

Petitioner filed a grievance when medical charged for a sick call visit that was forced , when the diet pass was written but not issued and the symptoms continued. The second visit charge was ordered to be reimbursed. Approximately a month later the medical department charged Petitioner again for the second sick call, using the same reff #. The Bureau of Grievance Appeals granted the reimbursement again. To date medical has still refused to reimburse the double co-pay charge they fraudulently charged Petitioner.

On 2 separate occasions new Rules were implemented on the diets. Nurse Smiley whose in charge of diets, left the Petitioner off of both call outs to sign for acknowledgment of the new rules. A grievance had to be written for that to happen.

Petitioner went to sick call for an infection of athlete's foot fungus. Petitioner had to go to sick call 3 times (and charged 3 times) to get the same medication 3 times that never worked. On the 4th sick call (and 4th charge), did they give the Petitioner a medication that worked. This whole procedure happened twice. The second time, Petitioner had to go 3 times again to get a medication that worked even with proof that the first medication didn't work.

Petitioner went to sick call for an ear infection. The first medication didn't work, so they gave medication by ingestion. This medication caused ulcerated sores in the mouth. The nurse

with the needle - while at medical - told me I had to go to Sick Call about the Sores caused by the injections or refuse the injection - being charged another Co pay for Side effects of their misperscribed medication. After they changed the medication I complained and wrote Grievances due to a Sevre case of Tinnitus (loud ringing in the ear) and hearing loss in one ear. Grievances were glossed over and no Medical attention was given. To this day the Hearing loss and ringing still continue.

Petitioner wrote a request to review his Medical file. Petitioner needed to obtain Dates and Grievance log # numbers for this complain and a possible 42 US 1983 Federal Civil Complaint. When the request was ignored I wrote a Grievance to the request. Petitioner was given no response to either and to date have been refused any access to the Medical file.

Since The (semi) Conclusion of writing this and the Federal Civil Complaint form I was transferred from the Annex to the Main Compound. The CHO has Since invented a rule against canteen purches. A rule that never exsisted, has no backing in Chapter 33 and is not written or posted anywhere an inmate can read the particulars. Using this rule my Diet has been denied for the 7 time in less than 2 years. Even in multiple Grievances Medical Refuses to tell anyone what purcheses need to be stopped. A Subsequent Sick Call for the return of Diarreah, Gas, Cramps that now have Rectal Bleeding and Dehydration was a waste of that Co-pay. Petitioner was refused to address any of the problems clearly written in the Sick Call Complaint form and told to leave

by the Officer present even though My Medical Information is supposed to be Confidential. After writing those Grievances My Thyroid Medication Refill was ignored and now I'm going through the 8th time in less than too (2) years without Thyroid medication. Grievances on that were written and to date have not been Aknowledged or responded to in any way.

With all fraudulent Medical Co pay charges, The Obvious Medical Negligence, The Delibrate Indifferance, The Denials of Known Working Medical Treatments, The Denials of Needed Medication, The Blatant lies in Grievance Responces, The Complete lack of Investigations leading to growing cases of Grievance Retaliation. Medical Department has been clearly shown they will not be held accountable in any way for any action they take. Any responce, no matter how Obvious the Neglect or Retaltory is acceptable because they are medical. Petitioner is in actual fear for his life of the consequences of writing this and the Subsequent filing of the Federal Civil Suit.

On 2·8·12 Petitioner was called to Dr Gilo in responce to the grievances on the Denial of the Diet and Denial of Thyroid medication The Diet pass was reissued but the only rules the Dr gave was all I could by from canteen was fish products and cosmetics. I am barred from even buying the same food served on the Low Residue Diet menue. Then Dr Gilo again took the Thyroid Medication and is forcing me to take it at the Single Dose window at breakfast. When I mentioned the Pill Manufactors

warning of 1 hour before or 2-3 hours after eating she
Yelled that she was the Doctor not me and if I didn't
like it I could Refuse the Medication. So because
Dr Gilo is C H O She is alowed to perscribe any
medication to be taken contrary to specific warnings.
Again I never refused medication I refused to take it
the wrong way. The medication can NOT possibly work
properly this way but if I refuse to take it the
wrong way again Medical will file it as a medication
refusal again and use it against me again and again
and again as they were alowed to do before.
Dr Gilo is absolutly abusing the Authority given as a
Doctor and as C H O and putting my life in danger
as Grievance Retallictia.

Signed

Daniel Gould   102428
N W F R C
4455  Sam  Mitchell  Dr
Chipley   Fla   32428

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Violated 8th Amendment of the United States Constitution, against cruel and unusual punishment. Deliberate indifference to serious medical needs of prisoner's constitutes the unecessary and Wanton infliction of pain. Medical Fraud and Medical Negligence

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

1) $20,000 for Medical reimbursment, And Pain + Suffering, Physical Damage
2) Revocation/Suspention of Medical licenses for all Medical personel involved
3) A Court Order that needed Medication, Treatments and Passes to be reinstated with further Denials to be Considered Contempt of Court and fined.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_____     _____
        (Date)                          (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _____ day of _____, 20____.

_____
        (Signature of Plaintiff)

Revised 03/07

United States District Court
For the Northern District of Florida
Panama City Division


Daniel Gould
DOC # 102428


Motion to Appoint Councel Asstance.


Come now the Petitioner Daniel Gould pleading the
Court to appoint Councel to Assist petitioner in this Civil
1983 USC 42 Civil Rights Action Complaint. Reasons being
as follows.


1) Petitioner never passed the 9th Grade in school and had to
take the test 3 times to recieve a GED.

2) Petitioner has/will show that Grievance Retalliation is sampant
and/it not encouraged here at NWFRC. The proof is in the
evidence, every Grievance has been followed by Retalliation from
Medical. All of which has been left absolutly unchecked or
not investgated. A Civil Suit has the Petitioner afraid for
his life.

3) Petitioner will most likly be left with seeking Protective
Custody because of filing this civil Suit. In Protective
Custody Petitions will have to rely solely on legal books
and supplies brought to him weekly by a law Library inmate
Clerk. Access will be brought to a below minimum and
Dead lines will be almost impossible to comply with.

4) Petitioner knows he dosint have the Knowledge to
fight a civil suit against trained lawyers. But pleads
that a lack of a legal Degree should not glove the

Defendants/Respondants free reign to continue to violate the Civil rights of the Petitioner just because he is an inmate.

Petitioner has been denied life Sustaining medication, Medical Treatments and Medications repeatedly in response to Grievances the filing of a Civil Suit will cause the Retaliation to increase exponentially and may very well cause the Death of the Petitioner. An Attorney is needed to make sure the Suit is not dismissed as having no Petitioner to keep it going.

I here by affirm that these facts are true to the best of my Knowledge under penalty of purjery.

Daniel Gould

Daniel Gould 102428
NW FRC
4455 Sam Mitchell Dr.
Chipley, FL 32428



FILED
WITH AGENCY CLERK

FEB 2 1 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 12-6-03397 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that this office cannot corroborate your allegations against the health care staff.

It is determined that the response made to you by Dr. Gilo on 1/23/12 appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including passes, specialty consults, prescribed medications, and diagnostic testing.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE 2/17/12

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

RECEIVED

JAN 3 0 2012

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections DEPARTMENT OF CORRECTIONS

INMATE GRIEVANCES

From: Gould      Daniel      J          102428          NWFRC  H-1-207w

Last      First      Middle Initial          Number          Institution

12-6-03397

Part A – Inmate Grievance

Medical's answer here are just plain out lies and deception.
At Sick Call I was refused to even bring up the Complaints.
I wrote on the Sign up form, the only thing addressed was
the Diet Pass Renewal which had 28 days left on the pass.
I was forced + a to sick Call because when I was transferred
to the Main Unit Medical didn't evaluate me and my pass from
the Annex – one still valid – was denied here. Diet Pass Renewal
isn't supposed to be charged a Co pay so Medical forced me
to sign up for Sick Call by refusing + honor the pass. Then
revoked the pass days later without ever asking how I didn't comply
They never addressed any of the symptoms - The Dizziness, Loss, Cramps
nothing. I was changed a Co pay for a Diet Pass renewal they
forced me to go + ! I am in fear for my life. Medical refuses
me any type of treatment, Sick Call doesn't exist for me! All
I ever do is charged for Refusal of Medical Help in any way.
I'm not even alowed to bring up the Complaint before the Officers tell me
to get out or get locked up.

1-24-12                                              David Arnold  102428
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 0 , [signature]

#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Office of the Secretary. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED

JAN 26 2012                    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____          Institutional Mailing Log #: 1201-110-051

(Date)

ASST. WARDEN'S OFFICE          201-110-0060

[signature]

(Received By)

DISTRIBUTION:      INSTITUTION/FACILITY          CENTRAL OFFICE
                   INMATE (2 Copies)              INMATE
                   INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                   INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                  CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



FEB 21 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 12-6-03396 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that this office cannot corroborate your allegations against the health care staff.

It is determined that the response made to you by Dr. Gilo on 1/23/12 appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including passes, specialty consults, prescribed medications, and diagnostic testing.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

SIGNATURE AND PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JAN 3 0 2012

DEPARTMENT OF CORRECTIONS

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections INMATE GRIEVANCES

From: __Gould__  __Daniel__  __J__   __102428__   __NWFRC  H-1-207φ__
       Last    First   Middle Initial    Number        Institution
                                                  12-6-03396

---

Part A – Inmate Grievance

Medical's answer to this grievance (1201-113-059) is false and
doesn't answer the grievence. My Medical information is confidential
and not for officers to be not only there so. Sick Cell but this
one actually got involved. I wrote the Sick Cell Complaint form
about Constant Diarreah, Gas, Cramps that were never addressed
because of the D O C officers involvement. Those problems have
Still not been addressed and it's getting worse. Rectal bleeding
and Dehydration is becoming a Serious problem now also. I am
becoming afraid for my life! Medical Refuses to help me in
any way. Officers are involved in Sick Cell Visits and ez, lie
or Deception Medical uses is Unquestionably accepted. My life is
being threatened by Medical who Refuses treatment freely and gets
away with it unchecked.

__1-24-12__                                    __David Arnold  102428__
   DATE                                SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___∅___, ___signature___
                                                                          #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**RECEIVED**

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on __18/30/12__       Institutional Mailing Log #: __120-1-110-052__      __Sm__
                           (Date)                                                    (Received By)

1201 (110)-059

ASST. WARDEN INSTITUTION (2 copies) FACILITY          CENTRAL OFFICE
INMATE (2 copies)                                     INMATE
INMATE'S FILE                                         INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE                          CENTRAL OFFICE INMATE FILE
                                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



Wil AGENCY CLERK

JAN 1 8 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-39221 | NWFRC ANNEX. | 1-A-100 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Gilo on 12/14/11 appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including medication prescriptions or passes.

Records reviewed indicate that you were seen by the physician on 11/29/11.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/13/12 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**  DEC 1 9 2011

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From: Gould    Daniel    S    102428    DWFRC Annex L1-20 up
   Last    First    Middle Initial    Number    Institution

Part A – Inmate Grievance    11-6-3922

The response to this Grievance is false and completely deseptive. The Nurse I saw at Sick Call told me I would be put in to see the Doctor because as a Nurse she couldn't adjust the medication prescription that was aggrevating the G.E.R.D. I have badly. And the Pass Renewal has to be done by the Doctor.

The Low Residue Diet was not ordered on 11-6-11 " To accommodate these symptoms " as the C.H.D claims. I was already on the Diet while I went to sick Call with the complaints. On 11-8-11 my Diet pass was renewed to keep the I.B.D. I have under controled

The Doctor I saw after approximatly a month wait told me a Renewal of the Cold Intolerance Pass was denied because if it was Renewed this Winter than other Inmates with Hypothyroidism and Cold Intollerance would have to get a pass also. This part of the Grievance was totally ignored and left un-responded to.

The Doctor prescribed medication my Medical File shows dosn't work well and causes headaches for the G.E.R.D. then only ordered it for 30 days with no Refill Order. This to force me to sign up for another Sick Call of another Co Pay for a problem they know I have from the Specillist at Lake Butler I saw.

G.E.R.D means Gastro Esophical Reflux Desease

I.B.D means Irritable Bowal Desease.

12 - 17 - 11
   DATE    SIGNATURE OF GRIEVANT AND D.C. #    102428

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___
   #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

DEC 19 2011

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 125-12-042    W Bun
   (Date)    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
   INMATE (2 Copies)    INMATE
   INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
   INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
   CENTRAL OFFICE GRIEVANCE FILE

   Mh
   1111-125-809

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1111-125-009 | NWFRC ANNEX. | L1210U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

GOULD,DANIEL DC#102428 FORMAL GRIEVANCE LOG#1111-125-009                     No referral was
done or medically indicated by the nurse at the time of sick call.However a low residue diet was ordered on 11/08/2011 to
accommodate these symptoms. Medical treatment is appropriate and well documented.                     Your
grievance is denied.                     You have (15) calendar days from the date of this response in which to seek further
administrative review of your complaint by obtaining form DC1-303, Request for Administrative
Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-
103.007(3) (a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance
Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

SIGNATURE OF WARDEN, ASST. WARDEN, OR     12-14-11

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | DATE |
|---|---|---|
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

NOV 07 201

TO: ☐ Warden   ☒ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Gould      Daniel   J         102428      NWFRC Annex L1204
Last    First    Middle Initial      Number       1/1/-125-009
                                                  Institution

Part A – Inmate Grievance

Case # 3

I went to Sick Call on 10-21-11. I was told I would be put in to see the Doctor for Cold Intolerance Pins Renewal and Medication That I have been having. Bad Side Effects to.

Now 18 days later I've Seen No One! I've gotten no passes even though temperatures have been dropping into the 30°s And I can't take the Medication any longer because the Side Effects are getting Worse.

11 - 08 - 11                          Daniel Gould  102428
DATE                                  SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

NOV 07 2011    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____    Institutional Mailing Log #: 1/1/-125-009    _____
                    (Date)                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE      Medical
                                              CENTRAL OFFICE GRIEVANCE FILE   07 H

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

JAN 1 8 2012

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 12-6-00456 | NWFRC ANNEX. | L-1-01U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Gilo on 12/16/11 appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including passes.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL (INMATE GRIEVANCES)

DEC 22 2011
By_____

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Gould    Daniel    J    102428    NWFRC Annex L1210∞
      Last    First    Middle Initial    Number    Institution

125-12-045

Part A – Inmate Grievance

12-6-00456

New Medical Claims There is no "Pass" for this environment" I've gotten passes at more than one prison - This one included! Cold Intolerance is a side effect of the Disease not the medication. My Thyroid level doesn't check the problem. Though being denied Thyroid meds 7 times in 2 years dose. 2 of which the medication denial caused dangerously high Thyroid levels certainly does. Cold Intolerance gets worse with time. I have been Hypothyroid for almost 25 years. New Medical is trying to claim that there is no pass and Not treating this problem is an appropriate Treatment. So I can just suffer! Medics! lied in 3 grievances about there being no mention of it in my Medical file. Then in the 4th claimed the information was there but it wasn't Winter any longer. Medical has cut the pass to the minimum and just made it Long Johns. Now they claim there is no treatment! That a Known Disease that causes a Known Side Effect causing pain and Suffering that grows worse with age and time just isn't going to be treated in any way and that's appropriate.

   This is the definition of Deliberate Indifference and Grievance Retaliation I am going to be made to Suffer because I wrote Grievances. Treatments that will help ease that Suffering (that I've gotten for years at this and other prisons) No longer exist.

12·22·11                    _____ 102428
DATE                        SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 , _____
                                                                          #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

DEC 22 2011   Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 125-12-045  W. Sun
By _____ (Date)                                                      (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

7c
1112-125-013

DC1-303 (Revised 2/05)

## PART B - RESPONSE

| GOULD, DANIEL | 102428 | 1112-125-013 | NWFRC ANNEX. | L1210U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Gould, Daniel DC# 102428
Formal Grievance# 1112-125-013
The clinician has read your request for long johns and has decided to order lab work to evaluate the thyroid level. Based
on those results, the clinician will evaluate your request at that time.. The inmate request was also read where the nurse
addressed cold intolerance. It was stated to you that you had a cotton blanket and long john's pass in the past for the
cold, but there is no such pass in this environment for cold intolerance. Medical treatment is found to be appropriate and
well documented.
Grievance denied.                                    You have (15) calendar days from the date of this response in which to seek
further
administrative review of your complaint by obtaining form DC1-303, Request for Administrative
Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-
103.007(3) (a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance
Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME<br>OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR<br>SECRETARY'S REPRESENTATIVE | 12-16-11<br>DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY                    COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                           (1 Copy) Inmate
(1 Copy) Inmate's File                                      (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding                    (1 Copy) C.O. Inmate File
                                                            (1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

DEC 05 2011

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden  ☒ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: _Gould  Daniel  J_  _102428_  _NWFRC Annex L1210 up_
        Last    First    Middle Initial    Number    Institution

_1/12 -125-013_

Part A – Inmate Grievance

_L1  2104_

I am being denied needed Medical Treatment for a side effect I have from a Thyroid Disease. On 12-2-11 I was on Call-Out to Medical to see the Doctor (approx 43 days after going to Sick Call) I was told by Dr E. Louis that I could only get medication for the G.E.R.D. that I have had is are Known and recorded in my medical file to cause headaches. I was also told that I could not have my pass for Cold Intolerance renewed because it would mean that he would have to write one for anyone else who was Hypo thyroid. My first winter Medical lied in 3 grievances saying there was no mention of a Cold Intolerance pass and then in the 4th said they found it but it wasn't a cold any longer. The Second winter I was given a partial pass to get long Johns. Now in being told I am denied — not because I don't have a Thyroid Descise thats Known to cause Cold Intolerance — but because it would mess that other inmates with the Same Descise would have to get one to.

I am being denied Medical Treatment needed to help treat the symptoms that come from my Thyroid Descise. This treatment — a pass needed for warmer clothes (Long Johns) an extra blanket and a prolonged exposure to temperatures under 45°. This is a pass Renewal proving that I've already been getting the treatment during winter months. I showed the doctor the pass from last year and was still denied.

_12-3-11_
DATE

_[signature]_ 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _Ø_ , _[signature]_
                                                                          #    Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

DEC 05 2011  Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _1/12-125-013_  _W. Bean_
        By____ (Date)                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1201-110-061 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received, reviewed, and evaluated with the following findings:

This issue has been sufficiently addressed in Formal Grievance response# 1201-110-059. Sick call is available if you feel the need for treatment or evaluation is necessary.

Based on the foregoing information, your grievance is denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.P. GIXO, MD /FAAFP
CHIEF HEALTH OFFICER

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | 1-23-12 |
|---|---|---|
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*Medical*

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: Gould      Daniel      J      102428      **RECEIVED**

| Last | First | Middle Initial | Number | JAN 17 2012 Institution |

ASST WARDEN'S OFFICE

Part A – Inmate Grievance

I was called out to Medical on Thursday night after the
Sundown Court and told that my Low Residue Diet pass
is no longer valid because of Canteen purchases. I have
never been told that there was Canteen I wasn't alowed to
buy. The only rules I was had to sign concerning the Diet
was about missing an amount of meals per month. I wouldn't
have known about those rules if I hadn't had to write
another grievance. All the Diets on the Annex were Called out
twice - All except me. They were councelled about Diets. I had
to write a Grievance on Grievance Retalliation to even learn about
the missed meals rule. Now after being denied food I can
eat for 9 meals I'm denied a pass for buying food. I
still don't know what food I bought thats against the rules.
I've only been on the Low Residue diet since the 3600 Caloric
Diet was stopped. In the short few months I've been on the
Low Residue Diet I've never been told there were Certain Canteen
items I was not alowed to buy. I've already been to Sick Call
about the Diesreah, Gas, Cramps that come every time I've been
taken off the Diet (6 times in 2 years). They started shortly
after the Diet started being denied 9 meals ago. At Sick
Call those symptoms weren't even addressed before I was told
to leave.

SEE
ATTACHED
RESPONSE

1-13-12
DATE

[signature] Daniel J Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** [signature]

#      Signature

07D

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____   Institutional Mailing Log #: 1201-110-061   _____
                          (Date)                                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1201-110-059 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received, reviewed, and evaluated with the following findings:

The low residue diet was issued based upon medical problems occurring from eating the wrong food items. When the clinician pulled the canteen list showing all of the spicy foods that had been purchased the pass was pulled. This is not the fault of the medical department who expects you to take personal responsibility for your personal health and welfare. It is common knowledge that if your digestive system is so vulnerable to certain foods, the last thing needed would be to consume certain items out of the canteen. The diet pass has been denied with no further medical indication to reinstate at this time. Should measures be taken to resist those particular food items in the future, the clinician may consider readdressing the issue. Security is a necessary entity in this environment and at times may hear things that are otherwise considered confidential but are unavoidable. Every employee of the Department of Corrections signs a confidentiality form and is held accountable.

Based on the foregoing information, your grievance is denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

M.B. GILD, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1-23-12 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

H1-2019    1201-116-0559

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL    Medical

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: _Gould_  _Daniel_  _S_    _102428_    _N W F R C_  _H-1-207-P_
       Last    First    Middle Initial    Number    JAN 17 2012    Institution

Part A – Inmate Grievance  ASST. WARDEN'S OFFICE

I had to go to Sick Call on 1-12-12. An officer was
present the entire time. Medical Information is supposed to be
Confidential. When I told the Nurse she was wrong when
she said my pass expired on the 8th — my pass expires on
Febuary 8th. The Officer got mad and told me to get out.
I never got the chance to bring up getting attention for the
Diarreah of gas, cramps. These problems were written clearly on
the Sick Call Complaint form. Excessive Diarreah is listed on
the Emergency Medical list! In being refused treatment because
I was ordered to leave — before I could bring it-up by the
C.O.I.

**SEE**

**ATTACHED**

**RESPONSE**

_1-13-12_    David Gould    _102428_
  DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _0_  /  _Daniel Gould_
                                                                    #    Signature

INSTRUCTIONS    _07H_

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _120/ -110 - 059_    _____
                              (Date)                                                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY       CENTRAL OFFICE
                 INMATE (2 Copies)          INMATE
                 INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

. DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1201-110-060 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received, reviewed, and evaluated with the following findings:

This issue was sufficiently addressed in Formal Grievance response # 1201-110-059. The medical department does not force anyone to come to sick call however, according to Florida Statute 945.6037; any inmate initiated visit to sick call will result in a $5 copayment. This does not mean you will be approved for every request.

Based on the foregoing information, your grievance is denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

Emergency Medical

Medical

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

RECEIVED

From: Crowl<u>e</u> Danie<u>l</u> J    102428    NWFRC A-1-207 <u>up</u>
Last  First  Middle Initial    Number    JAN 17 2012 Institution

| Part A – Inmate Grievance | ASST. WARDEN'S OFFICE |

I was moved here from the Annex on 1-10-12. I have a valid
Low Residue Diet pass exp date 2-8-12. I am being denied a
Diet tray. C.O.I Cooper and Sgt. Cochran both told me my only
option to be placed on the Diet list was to go to Sick Call and
I wouldn't be aloud to diet chow untill then. I signed up and
went to Sick Call. I can hearly eat most foods on the Regular
diet. So far I have eaten the bare minimum of the last 8 weeks.
All the symptoms of Diarrreah, gas, stomch cramps has returned and
I'm still not on the list to get a diet tray. Sick Call didn't
address the Diarreah or Gas + cramps that was clearly written out
on the Sick Call.

I'm being charged a co pay for being forced to go to Sick
Call. I was told By a C.O I and a Sgt that to get put on
the list to recieve a Diet tray I had to go to Sick Call. I
am being denied food I can eat and treatment for the symptoms
of having to eat food I can't not supposed to even though I
have a valid Diet pass from NWFRC Annex.

SEE

ATTACHED

RESPONSE

1-13-12    Daniel Hall 102428
DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: <u>0</u>, Carl Hall
                                                                      #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____  Institutional Mailing Log #: <u>1201-1102060</u>  _____
                              (Date)                                              (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY    CENTRAL OFFICE
               INMATE (2 Copies)        INMATE
               INMATE'S FILE            INMATE'S FILE - INSTITUTION./FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1201-110-078 | NWFRC MAIN UNIT. | H1207U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received, reviewed, and evaluated with the following findings:

The issue regarding diet pass has been addressed sufficiently in Formal grievance# 1201-110-059, with no new facts presented to change the decision at this time. The request for a pass to assist with the cold weather was evaluated by the clinician and lab work to check the thyroid was done on 12/13/11. Thyroid levels returned completely within normal range indicating no medical need for any additional accommodation. Any further requests regarding this condition can be discussed at your next Clinic appointment scheduled in February.

Based on the foregoing information, your grievance is denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☒ Assistant Warden ☐ Secretary, Florida Department of Corrections

**RECEIVED**
NWFRC H-V-207 up
JAN 17 2012 Institution
ASST. WARDEN'S OFFICE

From: Gould Daniel J     102428
Last   First   Middle Initial     Number

Part A – Inmate Grievance

I went to Sick Call on 1-12-12. On the Sick Call Complaint form I checked off two (2) boxes. One for Pass/Pass Renewal and One for Medical. Under Medical I explained the problem I was having with the denied Diet and the Diarrheah, Gas and Cramps I get every time I'm denied the Diet - (6 times in the last two years). The Nurse put me in to see the C.H.O. and Refused to address the Diarreah, Gas, and Cramps. Symptoms that continue and are getting worse by the Day.

When I tried to bring up the Pass/Renewal I was cut off and Denied to even ask about the Cold Intollerance pass I normally get during winter months due to Hypothyroidism. At the Annex (NWFRC) I was told "There was no pass in this environment". Which is an Obvious lie being that I got the pass At NWFRC Annex the prev. winter. Now I'm not only no longer in a Climate Controlled building - I am now in a Cell with a window that doesn't close properly. So when its 20° outside its just about 20° inside also. Cold Intollerance is a known ad Known Side effect of the Diseases I have. Im Denied the any treatment for the Symptoms I did write on the Complaint and even though I check off the only box available on the Complaint form I'm Denied to bring it up. In being forced to Sign up again fo. Sick Call and he charged another Co pay fo. Medical attention I was Denied the first time.

SEE
ATTACHED
RESPONSE

1-15-12     Daniel Gould  102428
DATE     SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: 120/-110-078     _____
(Date)     (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

## PART B - RESPONSE

| GOULD, DANIEL | 102428 | 1112-125-013 | NWFRC ANNEX. | L1210U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Gould, Daniel DC# 102428
Formal Grievance# 1112-125-013
The clinician has read your request for long johns and has decided to order lab work to evaluate the thyroid level. Based on those results, the clinician will evaluate your request at that time.. The inmate request was also read where the nurse addressed cold intolerance. It was stated to you that you had a cotton blanket and long john's pass in the past for the cold, but there is no such pass in this environment for cold intolerance. Medical treatment is found to be appropriate and well documented.
Grievance denied.                                You have (15) calendar days from the date of this response in which to seek
further
administrative review of your complaint by obtaining form DC1-303, Request for Administrative
Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-
103.007(3) (a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance
Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12-16-11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

DEC 05 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden    ☒ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: _Gould_     _Daniel_     _J_     _102428_     _NWFRC Annex L1210 up_
        Last      First    Middle Initial    Number           Institution

1112 - 125 - 013

Part A – Inmate Grievance                    L1  2104

I am being denied needed Medical Treatment for a side effect I
have from a Thyroid Desease. On 12-2-11 I was on Call-Out
to Medical to see the Doctor (approx 43 days after going to Sick Call)
I was told by Dr E. Louis that I could only get medication fo-
the G.E.R.D. that I have had is are Knows and recorded in my
medical file + cause headaches, I was also told that I could
not have my pass for Cold Intolerance renewal because it would
mean that he would have to write one for anyone else who was
Hypothyroid. My first Winter Medical lied in 3 grievances saying there
was no mention of a Cold Intolerance pass and then in the 4th said
they found it but it wasn't a cold any longer. The Second Winter I
was given a partial pass to get long Johns. Now in being told
I am denied - not because I don't have a Thyroid Desease thats
Known to cause Cold Intolerance - but because it would mean that
other inmates with the Same Desease would have to get one to.

I am being denied Medical Treatment needed to help treat the
symptoms that come from My Thyroid Desease. This treatment - a pass
needed for warmer clothes (Long Johns) an extra blanket and no prolonged
exposure to temperatures under 45°. This is a pass Renewal proving that
I'm already been getting the treatment during winter months. I should
the doctor the pass from last year and was still denied.

_12-3-11_                              _Daniel J (signature) 102428_
   DATE                        SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _∅_   _(signature)_
                                                                      #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

DEC 05 2011      Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _1112-125-013_   _W. Ben_
                    By _____ (Date)                                          (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
                  INSTITUTIONAL (2 Copies)       INMATE
                  INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                 CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

LI·201U **DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** CHO

TO: ☐ Warden   ☒ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: _Gould   Danie l   J_   _102428_   **RECEIVED**
       Last    First    Middle Initial    Number   APR _____

| Part A – Inmate Grievance | **ASST. WARDEN'S OFFICE** |

On 4)-17-11 I turned in 2 perscription Re Fills. On
4)-23-11 I signed for 30 Omeprazole 20mg. As
of 4-27-11 I still haven't gotten any Levothyroxine.
This is the 5th time I have been denied this
Medication. Every few months Medical has been doing the
same thing. I stop getting needed meds (or treatment) untill
I'm sick or wheeled off the rec yard unconcuence. This is
a medication I will need to take every day of my life.
This is the 5th time in 16 months I am left with no meds
and be forced to pay for sick call to get them back.

## ~~SEE~~

## ~~ATTACHED~~

## ~~RESPONSE~~

4-28-11
DATE                    _____ 102428
                        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
                                                                    #    Signature

07g

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____   Institutional Mailing Log #: _1104-125-030_
                    (Date)

                                                        (Received By)
                                                        **MAILED**

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

_0520 2011_

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1104-125-030 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received, reviewed, and evaluated with the following findings.

Your prescription for Levothyroxine was written on 05/06/2011 and is good for 90 days.  You have a follow up clinic appointment with a provider in August.
Sign up for sick call as needed until then.

Your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILD, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 5/20/11 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

L1.201 U

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Gould  Daniel  J          102428      NWFRC  Annex  L-1-2014

Last   First   Middle Initial        Number        JUL 01 2011

                                      Institution

| Part A – Inmate Grievance | ASST. WARDEN'S OFFICE |

I am being Denied needed Thyroid Medication. I put
in for refill on 5-31-11. I have no medication and can
feel it getting worse daily. Hypothyroidism left un Medicated
will Kill. In Grievance # 11-6-17846 Medical claimed I
had a 90 day perscription And still refuse to give
them to me. A 90 day perscription written on 5-8-11
is pretty worthless if they refuse to refill it 23 days
later. So far I've spent the last 20 day with no
medication for a desease that will cause Organ failure if
left un medicated.

**SEE**

**ATTACHED**

**RESPONSE**

6-27-11
DATE

Dail Mald  102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ Signature

07g

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: 1107·125·002

(Date)

(Received By)

**MAILED**

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

07142011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-002 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received and reviewed. The following response is provided:

YOUR GRIEVANCE IS BEING RETURNED WITHOUT FURTHER ACTION IN ACCORDANCE WITH F.A.C., Chapter 33-103.014(1)(n): our office concerning this issue has already rendered a decision to you grievance log # 1106-125-032. Further facility level review is not warranted.

Return without disposition.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7. 14. 11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI. 201U

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: _Gould    Daniel_ _____ _102428_ ___ RECEIVED

Last    First    Middle Initial    Number    Institution
JUL 08 2011

ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

Here is more absolute proof of medical & Grievance Retaliation
and Medical Fraud in Co payment Charges!

On 6-23-11 I was charged a $5.ᵉᵉ Medical
Co pay. Ref # 05241110105C. I never signed up for
Sick Call in June! I never went to Sick Call in June!
The Only thing I've initiated towards medical in June is
Grievances for their denying me medical Treatment and
their Continued Refusal to Medicate me for my Thyroid Disease!
(24 days and counting)

Medical Took money from my account for something I
didn't ask for, Didn't Sign up for and Didn't want! That's
practically the definition of Medical Fraud.

## SEE

## ATTACHED

## RESPONSE

_7-2-11_ _____ _Daniel Gould_ _102428_
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _0_ , _Daniel Gould_
                                                                          #        Signature

07;

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _1107-125 006_
                        (Date)                                                    (Received By)

MAILED

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

07262011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-006 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You were seen in sick call on 05/24/2011. This co pay is correct. All inmate initiated visits are subject to co pay.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7 26 11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

L1. 201

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** CHO

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Gould Daniel / 102422 / RECEIVED

Last    First    Middle Initial       Number          Institution
                                                       JUL 08 2011

ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

Here is more absolute proof of medical & Grievance Retaliation
and Medical Fraud in Co payment Charges!

On 6-23-11 I was charged a $5.00 Medical
Co pay. Ref # 0524110105c. I never signed up for
Sick Call in June! I never went to Sick Call in June!
The Only thing I've initiated towards medical in June is
Grievances for their denying me medical Treatment and
Their Continued Refusal to Medicate me for my Thyroid Disease!
(24 days and counting)

Medical took money from my account for something I
didn't ask for, Didn't Sign up for and Didn't want! That's
practically the definition of Medical Fraud.

SEE

ATTACHED

RESPONSE

7-2-11                                    David Gould / 102428
DATE                                      SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _0_, [signature]

#    Signature

77 1

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____ Institutional Mailing Log #: 1107-125-006

(Date)                                                          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE          MAIL
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE    07/26/2011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-006 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You were seen in sick call on 05/24/2011.  This co pay is correct.  All inmate initiated visits are subject to co pay.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7 26·11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED/FILED WITH AGENCY CLERK

AUG 2 3 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-24645 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal (1107-125-002) to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Your request for administrative appeal is being returned without action.

S. Milliken

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

JUN 1 6 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From: Gould  Daniel  J        102428        NWFRC  Annex L-1-201 up
　　　Last　　First　　Middle Initial　　　Number　　　　Institution

| Part A – Inmate Grievance | 11-6-24645 |

Dispite the Mailed on date of 7-14-11, The Digital Dermatory Camera Will show that on 8-1-11 at approximatly 5:20 pm I was given Grievance Responses 1107-125-002 and 1107-125-003 and went immediatly to work on these appeals. Notice they were held 1 day longer than my time allotted to appeal.

Medical Grievance 1106-125-032 does not answer Grievance 1107-125-002 so much as proove the continued need for something to be done about these Grievances. I am still being refused Medication. Its now over 50 days that I have been left unmedicated for a Thyroid Descese. Its a known fact that an unmedicated Thyroid Descese will lead to Organ failure and Death. This is the 6th time Medical has refused my meds in 18 months. They've answered reported Grievances on my not getting Medication while continuing to Refuse me medication for the last 2 months.

8-1-11
DATE

Danil Gould  102428
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ 2 ___ Danil Gould
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 0801-2011　　Institutional Mailing Log #: 1108-110-002　　 alloose 125
　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　　　　(Received By)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1107125702

DISTRIBUTION:　　INSTITUTION/FACILITY　　　　　CENTRAL OFFICE
　　　　　　　　　INMATE (2 Copies)　　　　　　　INMATE
　　　　　　　　　INMATE'S FILE　　　　　　　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　　　　　INSTITUTIONAL GRIEVANCE FILE　　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-002 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received and reviewed. The following response is provided:

YOUR GRIEVANCE IS BEING RETURNED WITHOUT FURTHER ACTION IN ACCORDANCE WITH F.A.C., Chapter 33-103.014(1)(n): our office concerning this issue has already rendered a decision to you grievance log # 1106-125-032. Further facility level review is not warranted.

Return without disposition.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 7·14·11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI-201

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

002

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: _Gould____ Daniel___ J____ ___102428___ _NWFRC Annex L-1-201U_
       Last    First   Middle Initial    Number          Institution

JUL 01 2011

ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

I am being Denied needed Thyroid Medication. I put
in for refill on 5-31-11. I have no medication and can
feel it getting worse daily. Hypothyroidism left un Medicated
will Kill. In Grievance # 11-6-17846 Medical claimed I
had a 90 day perscription And st.11 refuses to give
them to me. A 90 day perscription written on 5-8-11
is pretty worthless if they refuse to refill it 23 days
later. So far I've spent the last 20 days with no
medication for a disease that will cause Organ failure if
left un medicated.

~~SEE~~
~~ATTACHED~~
~~RESPONSE~~

_6-27-11_                              _David Hall   102428_
   DATE                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _Ø_  _1_  _David M Hall_
                                                                          #        Signature

07g

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _1107-125.002_
                (Date)

DISTRIBUTION:     INSTITUTION/FACILITY        CENTRAL OFFICE
                  INMATE (2 Copies)           INMATE
                  INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

(Received By)
**MAILED**
07 14 2011

DC1-303 (Revised 2/05)

STATE OF FLORIDA

$LI \cdot 201$

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**   $CHO$

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Gould       Daniel       J       102428       **RECEIVED**
Last       First       Middle Initial       Number       Institution
JUN 1 4 2011

ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

Medical is again denying me needed Thyroid Medication. This
is the 6th time in appox 17 months. Grievance Log #
1104-125-030 (for the 5th time i was denied these meds) Medical
claimed I was given a 90 day perscription and a Clinic
appointment in Aug. The 90 day perscription was written on
5-6-11. It is now 6-9-11 and I again have no medication.
I put in the Refill on 5-31-11 who I had 8 pills left.
Its been 10 days. i have not been on kOP medication pick
up and have had no meds for 2 days. The 90 day perscription
gives to clean up Grievance 1104-125-030 is beyond Worthless when
medical refuses to give me the medication. I am the only inmate
on this compound that gets this type of medical treatment. 6 times
in 18 months. The Clinic appointment needs a blood test. With
no meds the blood test will be off. The last time This happened
my Thyroid level was more than 40 times higher than ~~#~~ a normal
safe level; it was 274 – normal is 0.5 – 5.3

# SEE
# ATTACHED
# RESPONSE

6-9-11
DATE

Daniel Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ∅ , Daniel Gould
                                                                              #       Signature

07g

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: 1106 · 125· 032  _____
                              (Date)                                                            (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

MAILED
06/27/2011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1106-125-032 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You have a current order for your medication.  If you have turned in your refill, you will receive it.  You have the option to go to sick call to check the status.

Grievance Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 6/27/11 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**   AUG 0 5 2011

DEPARTMENT OF CORRECTIONS

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections WAREHOUSES

From: Gould   Daniel   J          102426          NWFRC Annex L-1-201p
　　Last　　First　Middle Initial　　　Number　　　　Institution

| Part A – Inmate Grievance | 11-6-23679 |
|---|---|

This is the 5th installment of proof of un responded to Medical Grievances. This is the only way I have a proof that I'm not getting responces. Other than the Digital Dorm Cameras that shows I'm not getting them. The list is growing by the Week.

| Grievance # | Part C Receipt Date |
|---|---|
| 1007 - 125 - 002 | 7 - 1 - 11 |
| 1007 - 125 - 003 | 7 - 1 - 11 |
| 1007 - 125 - 006 | 7 - 8 - 11 |
| And the one I started this with 5 week ago | |
| 1006 - 125 - 034 | 6 - 14 - 11 |

I can't appeal without a responce and I have absolutly no other way to prove that I'm not getting the responces. All Designy me the Grievance process and Medicals way of not having to answer the Grievances themselves. You continue to tell me I'm not offering proof of non responces. There is no way for me to prove it except this and the Digital Dorm Cameras showing I'm not getting responces on the days they claim I'm getting them. You're requiring something from me I have no way of getting.

8-2-11
DATE

Daniel Gould 102426
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   Daniel Gould
　　　　　　　　　　　　　　　　　　　　　　#　　Signature

**INSTRUCTIONS**  92
　　　　　　　　　　　　　40

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #:_____ _____
　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　(Received By)

DISTRIBUTION:　INSTITUTION/FACILITY　　　　CENTRAL OFFICE
　　　　　　　INMATE (2 Copies)　　　　　　INMATE
　　　　　　　INMATE'S FILE　　　　　　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　　　INSTITUTIONAL GRIEVANCE FILE　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILED
WITH AGENCY

AUG 1 6 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOBLE, DARREL | 102428 | 11-6-23679 | NWFRC ANNEX. | L4209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Review of the electronic grievance log shows only one unanswered grievance from the institution and they are still within the allowable time frame to respond.

Based on the foregoing information, your appeal is returned without action.

J. Adams

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/12/11 <br> DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

NOV 07 2011

TO: ☐ Warden   ☒ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Gould          Daniel      J          102428          NWFRC Annex L1204
      Last    First    Middle Initial        Number         1111-125-009 Institution

### Part A – Inmate Grievance

Cop #3

I went to Sick Call on 10-21-11. I was told
I would be put in to see the Doctor for Cold
Intollerance Pass Renewal and Medication That I have
been having Bad Side Effects to.

Now 18 days later I've Seen No One!
I've gotten no passes even though temperatures have
been dropping into the 30's And I can't take the
Medication any longer because the Side Effects are getting
Worse.

11-08-11
DATE

Dain Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: Ø   Daniel Gould
                                                                      #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routing institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

NOV 07 2011

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____        Institutional Mailing Log #: 1111-125-009        W. Bru
                            (Date)                                                               (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

MEDICAL
01 H

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1111-125-009 | NWFRC ANNEX. | L1210U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

GOULD,DANIEL DC#102428 FORMAL GRIEVANCE LOG#1111-125-009                              No referral was
done or medically indicated by the nurse at the time of sick call.However a low residue diet was ordered on 11/08/2011 to
accommodate these symptoms. Medical treatment is appropriate and well documented.                              Your
grievance is denied.                              You have (15) calendar days from the date of this response in which to seek further
administrative review of your complaint by obtaining form DC1-303, Request for Administrative
Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-
103.007(3) (a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance
Appeals, 501 South Calhoun, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

_____
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

_12-14-11_
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

NOV RECEIVED
By ____ NOV __ 2011
DEPARTMENT OF CORRECTIO
INMATE GRIEVANCES

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Gould        Daniel        J        102428        NWFRC Annex L1-204NGS
   Last   First   Middle Initial   Number

125-11- 018 11-6-35 825
             Institution

Part A – Inmate Grievance        L1204a

This is just more proof of Medical's lies and the lengths gone to cover up
the Medical Fraud. In Grievance # 1106-125-034 (a grievance I still have
NOT recieved a response to despite numerous grievances) the Medical Co pay charge
was approved for reimbursement - I had to learn that in Tallahasse response #
11-6-24631. The reason being that the Medical Diet Pass was written for
the 5-19-11 Sick Call and Medical refused to give it to me or food Service
until I went to Sick Call a second time on 5-24-11 with the same
Continuing medical problem. Instead of reimbursing the money I was
charged a second time. So now its $10⁰⁰ for a Sick Call I wouldn't
have had to go to if Medical had done its job.

    I can't send the Bank Statement or the Grievance responces I
do have because they are being sent as part of court documents and
we are not allowed to get copies for the grievance procedure. Since any
obvious the Medical uses is accepted unchecked and even though I'm time
barred repeatedly they can take 48 days to answer this grievance I am left
no other option but the courts to make sure I am given the Medical
treatments I need to serve.

    The money Approved for Reimbursment ie ref # 0524111010 SC
needs to be finally put back into my account.

This Grievance was placed
in the Grievance Box on
11-14-11

_11- 14 -11_        _Daniel Gould 102428_
   DATE        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ 0_____
                                       #       Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

NOV 1 7 2011        Receipt for Appeals Being Forwarded to Central Office        1109 925 -028

Submitted by the inmate on: _____        Institutional Mailing Log #: 125-11 018        _W. Byrn_
By_____ (Date)                                                 (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                   INMATE (2 Copies)           INMATE
                   INMATE'S FILE             INMATE'S FILE - INSTITUTION./FACILITY
                   INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

L4 2090

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

C//0

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

**RECEIVED**
NWFRC Annex
SEP Restitution

From: Gould  Daniel  J        102428
Last   First   Middle Initial    Number

| Part A – Inmate Grievance | ASST. WARDEN'S OFFICE |

Medical Lied in their responce to Grievance # 1107-125-039 And again in Appeal # 11-6-25831. I asked for 6 month Inmate Trust Fund - Account Statement to file a law suit indigent form. It clearly showes that I was charged for a 5-20-11 Sick Call Ref # 05191109005C And charged for a Second Sick Call on 5-25-11  Ref # 052411101050

After a Medical Call Out for a TB skin test Check I was charged a Second time under Ref # 05241110105C. The bank Statement prooves Medical's lie and the Obvious Cover up to Medical Fraud!

Since my prior Grievances were neither Receipted or responded to I will be Mailing a copy of this to the Bureau of Inmate Grievance Appeals.

The Inmate Trust Fund Statement was dated as Sent on 9-15-11.

**SEE ATTACHED RESPONSE**

9-16-11
DATE

Daniel Gould
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 0    Daniel Gould
                                                                    #    Signature

071

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office
1109-125-028

Submitted by the inmate on: _____   Institutional Mailing Log #: 1109-125-028   _____
                          (Date)                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

MAILED ON
11/04/2011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1109-125-028 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Based on the documentation in your medical records, you were seen 05/20/11 in medical but not charged. On 05/19/11 you initiated sick call to request a low residue diet, with a $5 charge for that visit. Again on 05/25/11 medical called you out and no charge was applied, but on 05/24/11 you initiated sick call again to request the low residue diet due to stomach problems and charged $5. A pass was issued for the diet and all charges are found to be appropriate according to Florida Statute 945.6037. In the future it will be necessary to attach a copy of the bank statement if there are any further questions pertaining to this issue, and it is also advised to be cautious of the words you choose when requesting remedy for a grievance issue in the future.
Grievance denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

*N.B. GxU, MD, FAAFP*
*CHIEF HEALTH OFFICER*
*NWFRC*

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 11-Y-11 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding



DEC 1 5 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-35825 | NWFRC ANNEX. | L1204U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Approved:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

Your appeal is being approved to the extent that the co-payment for 5/24/11 will be reimbursed to your inmate bank account. The institution has 30 days to implement this action.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | 12/13/11 |
|---|---|---|
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Gould Daniel J    102428    NWFRC Annex
Last   First   Middle Initial    Number    SEP Institution

**RECEIVED**

Part A – Inmate Grievance    | ASST. WARDEN'S OFFICE

Medical Lied in their response to Grievance # 1107-125-039
And again in Appeal # 11-6-25831, I asked for 6 month
Inmate Trust Fund - Account Statement to file a law suit indigent form.
It clearly shows that I was charged for a 5-20-11 Sick Call
Ref # 0519110900SC And charged for a second Sick Call on
5-25-11 Ref # 0524111010 SC

After a Medical Call Out for a TB skin test Check I
was charged a second time under Ref # 0524111010SC. The
Dash Statement prooves Medical's Lie and the Obvious Cover
up to Medical Fraud!

Since my prior Grievances were neither Recepted or responded
to I will be mailing a copy of this to the Bureau of Inmate
Grievance Appeals.

The Inmate Trust Fund Statement was dated as sent
on 9-15-11.

**SEE**

**ATTACHED**

**RESPONSE**

9-16-11
DATE

Daniel Gould
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
#   Signature

07i

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 109-125-028
(Date)   (Received By)

DISTRIBUTION: INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

**MAILED ON**
11/8/2011

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-039 | NWFRC ANNEX. | L4209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You accessed the sick call system on 05/24/2011. This co pay is correct. All inmate initiated visits are subject to co pay.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

·

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8·12·11 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI·201 U

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

1101-125-022

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**     CHO

TO: ☒ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: Gould  Daniel  T          102428          NWFRC Appox
          Last    First    Middle Initial          Number          Institution

JAN 11 2011

Part A – Inmate Grievance

Medical is abusing the CO-Pay Proceedures. By ___
last year I have been charged 10 ★ Times for
Co-Payment all for the same Diet Pass. Every time
the 90 day pass expires I have to Sign up for
Sick Call repeatedly. According to the Nurses I have
to sign up 3 times to see the doctor. I+ is
the same problem every time. I+ the same
Symptoms every time. im not seen by the Doctor
to check anything when the pass expires I am just
automaticly Denied renewal. Then I have to Sign up
for Sick Call over and over again. 10 Times in a
year for the same Symptoms to be denied for the
Same Diet Pass that expires in 90 days 3 times.
My medical file has to show that the Diet Pass is the only
Working treatment. i've been on the Diet for almost 2 years
But they keep denying renewal and I have to keep paying
for repeated CO-payments to get it back. Thats $50.00 in
Co-Payment in the last year alone. This is Serious abuse
of the medical CO-pay proceedure. to be forced to have to
go to Sick Call 3 times to see a Doctor for a problem
I've had for over 2 years

## SEE ATTACHED RESPONSE

1-9-11          [signature]  102428
DATE          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _0_ , [signature]
                                                                              #          Signature

07;

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: 1101-125-022
                    (Date)

                                        (Received By)

                                        **MAILED**
                                        03/14/2011

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1101-125-022 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

All inmate initiated visits are subject to co pay.  These charges are correct.

Your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee Florida, 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/14/11 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED JAN 07 2011

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: Gould   Daniel   J   102472E   NWFRC Annex
Last   First   Middle Initial   Number   Institution
11-6-01014

Part A – Inmate Grievance

I am appealing this Grievance Response. Excessive Diarrech is clearly posted as a reason for a Medical Emergency. I was Denied Medical Emergency then at Sick Cell I was refused to see a Doctor and given Over the Counter Meds that Medical know dont work on me. They Knows because this is the third time I've had to go through this in the last year. Medical Knows that the Diet I was on controles the problem. But I am being refused the only treatment that works.

My Grievance response was held untill it is going to be obviously Time barred. ⊗ I Filed a grievances on Part C Receipted 12-15-10 # 1012-125-015 and 12-20-10 # 1012-125-126 because they refused to respond. Now I get the responses on 12-21-10 dated 27 days earlier.

I am becoming afraid for my life. Medical is refusing needed Medical attention, holding grievances till they are time barred and the problem is getting worse. Ive had this Diarreah, gas, cramps and rectal bleeding for over 35 days. Medical Emergency is denied, Sick Call dont work I have no other options. Medical is going to kill me and the administration here is going to let them. Ive written at least 5 other Grievances that were held untill they were time barred all with Grievances for failure to respond. This proves that Medical is being covered for to let them get away with what they are doing, putting my life in further danger.

12-21-10
DATE

David Gould   102472E
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  Ø , David Gould
#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

07/h

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 01-04-11
(Date)

Institutional Mailing Log #: 11001-125-002

1012-125-015
a Moore
(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

FEB 24 2011,

DEPT OF CORRECTIONS
BUREAU OF INMATE
GRIEVANCE APPEALS

## PART B - RESPONSE

| | 102428 | 11-6-01014 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that you were seen on 12/24/10 and your chart was referred to the clinician. It is documented you refused the medication prescribed by the physician and it was discontinued. Please be advised that when an inmate refuses treatment, he/she must take on some of the responsibility for any adverse effects that may occur.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment. This practice is in keeping with the Florida Statues.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL   RECEIVED

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Goude   Daniel   J   102428
   Last   First   Middle Initial   Number   DEPARTMENT OF CORRECTIONS INMATE GRIEVANCES
   Institution   11-6-03135

Part A – Inmate Grievance

I never claimed my Constant Diarrah, Gas Cramps and Rectal
Bleeding was life threatening. But the list of things that are a
Medical Emergency include # 4 Excessive Diarrah. Just another
way Medical has Singled me out for refusal of needed
Medical treatment and Continual lies in Grievances to cover up
the Grievance Retaliation. They continually say to use the
Sick Call system, that after I refused Medical Emergencies
and 2 Sick Call visits I am still refused to let see a
Doctor, to be put back on the one and only known working
treatment for these Symptoms. My Medical files show that
I've had to go through this 2 prior times in the last year - they
know what the problem is. They know what the working treatment
is and I am being refused needed Medical treatment, refused
Medical Emergency, refused access to see a Doctor, even after 2
Sick Calls and refused a medical treatment that my Medical
file shows over and over is the only thing that works.
The posted explanation doesn't say the reason has to be life threatening - thats
just Medical's way to refuse me medical treatment. The docs posted list
of what is a Medical Emergency includes more than one thing thats not life
threatening. It also states that any thing OTHER reason will be
turned away and charged 5.00 I was charged for what was on the
list. They also refused to see a Doctor at 2 subsequent Sick Calls.

1-25-11
DATE

Dan L Undell 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: Ø, Dan J Undell
   #   Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office   125

Submitted by the inmate on: 1 31 11   Institutional Mailing Log #:_____   SM
   (Date)   (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE   1101-125-004
   INMATE (2 Copies)   INMATE
   INMATE'S FILE   INMATE'S FILE - INSTITUTION/FACILITY
   INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
   CENTRAL OFFICE GRIEVANCE FILE

DCI-303 (Revised 2/05)

Document in IRIS (Inmate Records Imaging System)



**PART B - RESPONSE**

DEPT OF CORRECTIONS
GRIEVANCE OF INMATE
INMATE
GRIEVANCE APPEALS

| 102428 | 11-6-03135 | NWFRC ANNEX. | L1201U |
|---|---|---|---|
| NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that you were seen on 12/24/10 and your chart was referred to the clinician.  It is documented you refused the medication prescribed by the physician and it was discontinued.  Please be advised that when an inmate refuses treatment, he/she must take on some of the responsibility for any adverse effects that may occur.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment.  This practice is in keeping with the Florida Statues.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL  3 1 2011

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
OFFICE of the
INMATE GRIEVANCES

From: _Arnold___  _Daniel__  _T___   ___123428___   _NWFRC  Anx  E7201 up_
       Last      First    Middle Initial    Number        Institution
                                                          11-6-031316

Part A – Inmate Grievance

Granted I made a mistake is writing 12-17-10 instead of the
correct 11-17-10. But writing the original Grievance on 11-19-10
should have been enough. But that doesn't excuse the way
Medical refused to respond to being refused a declared Medical
Emergency when the complaint is posted on the list of things that
ARE an Emergency on the inmate Bulletin Board or the Fact
that Grievance 1012-125-040 is stamped Dec 29-10 and
the response is 1-24-11. Clearly a time Violation according
to Chapter 33.

Lies! Deception in lack of answering and admitted proof of
their time limit Violation all in one set of Grievance

Also again the claim my option is Sick Call (which Iam
done trying with) No help whatsoever in the last 180 days

_1-25-11_                              _Daniel Arnold_ _123428_
.DATE                            SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _2_ _Daniel Arnold_
                                                                      #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _1/31/11_   Institutional Mailing Log #: _____   _SM_ _125_
                            (Date)                                         (Received By)

                                                                          _1012-125 040_

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DCI-303 (Revised 2/05)

MAILED/FILED
WITH AGENCY CLERK .

FEB 24 2011

## PART B - RESPONSE

| DEPT OF CORRECTIONS | 102428 | 11-6-03136 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| BUREAU OF INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

GRIEVANCE APPEALS

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that you were seen on 12/24/10 and your chart was referred to the clinician. It is documented you refused the medication prescribed by the physician and it was discontinued. Please be advised that when an inmate refuses treatment, he/she must take on some of the responsibility for any adverse effects that may occur.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment. This practice is in keeping with the Florida Statues.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | DATE |
|---|---|---|
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAR 2 8 2011

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From: _Gould    Daniel    J_          _102428_          _AWFLC Annex L1801yp_
     Last    First    Middle Initial        Number              Institution
                                                           _11-6- 09207_

---

Part A – Inmate Grievance

I recieved Grievance # 1102-125-051 on 3-21-11 at approx
7:95 pm in view of at least 4 Dorm Cameras.

The Grievance was dated 3-4-11, 17 days earlier and
2 days past my time limit to appeal

The Grievance response has nothing to do with the reson
stated for the Grievance

I am being absolutly denied the Grievance Procedure.
Not @ only do they ignore the grievance answering nothing
they refuse to give me the response untill In time banned
from appealing.

---

_3-21-11_                                    _Daniel Gould  102428_
  DATE                              SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _∅_ , _Daniel Gould_
                                                                    #            Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _3/28/11_     Institutional Mailing Log #:_____          _SM_
                      (Date)                                              (Received By)

                                                                    _1102-125-051_

DISTRIBUTION:    INSTITUTION/FACILITY         CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

JUN 0 7 2011

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-09207 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Gilo on 3/4/11 appropriately addresses the issues you presented.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Records reviewed indicate that in the past 6 months you have only been charged copayments on the following dates: 11/10/10, 11/17/10, 11/18/10, 12/23/10, 5/19/11, and 5/24/11. You were seen in sick call on 12/24/10 but was not charged a copayment even though you should have been charged. On 11/17/10 and 12/23/10 were inmate declared emergencies that were determined not to be true emergencies. On 11/10/10 and 11/18/10 were sick call visits for pass renewals. On 5/19/11 and 5/24/11 you initiated visits to medical and you were appropriately charged. This practice is in keeping with the Florida Statues. There is no indication that medical is abusing the sick call copayment procedure. Your medication Levothyroxine was rewritten on 2/22/11 for 150mcg - one tablet per day and was renewed on 5/6/11. You were issued a low residue diet pass on 5/20/11. You are currently monitored in the chronic clinic and you were last seen on 2/24/11.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** MAR 1 0 2011

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Caulol Danie E. J.          102428          NWFRC Annex L1201.0
  Last    First    Middle Initial        Number              Institution
                                                              11-6-07883

---

Part A – Inmate Grievance

Medical's answer desn't answer the Grievance. it surly desn't answer to the abuse of the Co pay Procedure. Medical is the reason J. had to report the Sick Call route 10 times in a year for the same problem. 3 times my diet pass expired, 3 times I was force to go to sick Cell repeatedly to get it started again. Now they are deny the same with my medication. 4 times I've been denied meds in a year. Or they waste perscription with no refills. A medication I will take every day for the rest of my life. Medical is purposfully creating situations that force inmates to have to use the Sick Call route - more often than not repeatedly - while they aquire Co-pay after Co-pay to fix problems that they cause. Or withhold needed Medical treatment. That is clear abuse of the Medical Co-pay Procedures.

---

2-23-11
DATE

Danil Hield 102425
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  Ø 1, Danil Hield
                                                                          #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 0301-2011          Institutional Mailing Log #: 1003-125-007          a Moore
                (Date)                                                                        (Received By)

                                                                          1101-125-022

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

MAY 1 0 2011

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-07883 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Gilo on 2/14/11 appropriately addresses the issues you presented.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment. This practice is in keeping with the Florida Statues.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO. ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

APR 13 2011

From: _Gould_   _Daniel_   _J_     _102428_     DEPT OF CORRECTIONS
    Last    First    Middle Initial     Number     NWFRC Annex 1/2011/0

Institution
_11-6-1129/_

---

Part A – Inmate Grievance

I can no longer send the 303 forms and continuation sheets as
requested. The night before I was handed your response # 11-6-0764R
my cell was searched in a "Random Shakedown". When I finally got
all my property put back together my 3 envelopes full of all the
grievances i've written at NWFRC Annex were gone. Approx 5 inches
in thickness. I was given no confiscation form and was told the
excess paper work was a fire hazard.

Repeatedly my medical file and the prescription sticker will
prove the Refusal of meds in October – has nothing to do with me
getting a no refill order in January. I was put back on meds
and they purposefully did the same thing (for the 4th time) – After
the refusal. And the refusal was when they ordered the meds to be
taken 'Single Dose" after the 3$^{cd}$ time I wasn't getting meds because
of a no refill order. My meds cant be taken Single Dose because the
med window is only open at chow time. Thyroid meds needs to be taken
1 hour before a 2-3 hours after eating. Medical is tripping over all
their past lies chiming my refusal of meds that were re issued not
discontinued, then they repeated the same problem and wrote them as a
no refill. I will take this medication every day for the rest of my life.
Medical expects me to go to Sick Call every 90 days – at $5$^{00}$ per visit –
+ get a new refill. Thats approx. $20$^{00} per year for a prescription they
will never end.

---

_3-25 - 11_      _Daniel Gould_   _102428_
DATE      SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _0_ , _Daniel Gould_
                                                          #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _03 30 20 11_    Institutional Mailing Log #: _11003-125-02/_    _Allison_
           (Date)                                                     (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE            INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

L1-201

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☐ Warden ☒ Assistant Warden ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Gould Daniel J.              102423        NWFRC Annex

Last  First  Middle Initial        Number        MarInstitution 2011

MAY 2011

ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

This is the 4th time my Diet Pass has been denied. It was denied in that way once seeing me, or finding out I still need the diet. I signed up for Sick call for a Diet renewal and was denied. Sick call and denied renewal. 4 Times in the last 16 months. Ive had to go through this. Every single time the same exact symptoms come back. Every single time. I'm forced to go to Multiple Sick Calls – charged repeated Co-pays for the same problem – Given Medication (Medical knows from the Prior times Ive done this) That Do Not Work! Over and Over it has been Shown that the Diet is the only treatment that works. She Died trey keeps me from having to get certain foods that cause me to have serious Diarrea, Painful Cramps from Gas, Dehydration and Rectal bleeding. This is the 4th time. I signed up for Sick Call – was denied to see anyone and denied the only treatment that has been working.

**SEE**

**ATTACHED**

**RESPONSE**

5-16-11
DATE

Daniel Gould  102423
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____

#  Signature

07d

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____        Institutional Mailing Log #: 1105-125-020

(Date)                                                                      (Received By)

**MAILED**

06032011

DISTRIBUTION:  INSTITUTION/FACILITY        CENTRAL OFFICE
INMATE (2 Copies)        INMATE
INMATE'S FILE        INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1105-125-020 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You were seen in sick call on 05/24/2011 and given a copy of your current diet pass which expires on 08/20/2011.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILL, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI. 201 U

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**     CHO

TO: ☒ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Gould   Daniel   J        102428        NWFRC Annex 1-1-2010
       Last    First   Middle Initial      Number         Institution     MAY 24 2011

**ASST. WARDEN'S OFFICE**

Part A – Inmate Grievance

Medical Grievance

My continued Refusal of the Therapeutic Diet tray I need to be on is Clearly Grievance Retaliation. From the 3 prior times Medical has denied renewal of my diet pass it is beyond obvious that the diet tray is the only working treatment available. The Diet trays don't include the foods that cause the Chronic Diarrhea, Painful Cramps from Gass and the Rectal bleeding caused by the frequent bathroom usage. There is no medical reason to keep denying me renewal of the pass every time the 90 day pass expires. The Doctor is doing it for Grievance Retaliation. I signed up for a Sick Call on 5-12-11. I was refused to be seen and Diet Discontinued. I signed up again on 5-19-11. I was given Bismatrol (generic Pepto Bismol) for the return of the Diarreah and Gass Chramps. Now its 5-22-11 I have run out of Bismatrol and the Symptoms are Worse then before. I am being forced to repeatedly Sign up for Sick Call - repeatedly being charged the Co pay - for a Problem that Medical knows the Solution to and refuses it to me. This is obvious Grievance Retaliation and Dilibrate Indifference to my medical problem. On top of this The Doctor has also refused to renew my prescription to Omeprazole (generic Prilosec) So now the Gaestro Esophineal Reflux Disease (GERD) is making the problems even worse.

# SEE
# ATTACHED
# RESPONSE

5-23-11                                  Daniel Gould      102428
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____
07d                                                              #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: 1105-125-028  _____
                        (Date)                                                      (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE              **MAILED**
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE      01006 701 .
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1105-125-028 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

This has already been addressed in Formal Grievance #1105-125-020.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GUILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

6/6/11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI. 2010

## DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

CHO

TO: ☐ Warden  ☒ Assistant Warden  ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Gould    Daniel    J        102428        NWT RC Annex

Last    First    Middle Initial    Number    APR 28 2011

                                    ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

On 4-17-11 I turned in 2 perscription Refills. On
4-23-11 I signed for 30 Omeprazole 20mg. As
of 4-28-11 I still haven't gotten Day Levothyroxine.
This is the 5th time I have been denied this
medication. Every few months Medical has been doing the
same thing. I stop getting needed meds (or treatment) untill
I'm sick or wheeled off the rec yard unconscience. This is
a medication I will need to take every day of my life.
This is the 5th time in 16 months I am left with no meds
and be forced to pay for sick call to get them back.

4-28-11                                David Gould    102428
DATE                                SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__, Daniel Gould
                                                                    #    Signature

07g

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 1104-125-030

(Date)                                                        (Received By)

**MAILED**

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

MAR 1 0 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Gould   Daniel   J   102428   NWFRC Annex L1201 up
　　　Last　　First　　Middle Initial　　　Number　　　　Institution

---

Part A – Inmate Grievance   11-6-07649

Medical is tripping over their constant lies to you. The 3rd time I was left with no medication they answered the grievance by forcing me to take the meds the way they way - Thats what I refused (Taking them the way way) even though the grievance was denied I was given the meds back. Only they purposefully wrote the prescription as a NO Refill Again. So there are for the 4th time in left with no meds. My Refusal was in October, the NO Refill Order (shown on the perscription sticker below) ends in January. Even after repeated grievances Medical wanted refill my Thyroid level was 274 before writing another perscripten - (Normal level is 0.5 - 5.3) Even then they first wrote a perscription that couldn't possibly work. it was only 1/4 of my normal dosage. They know the refusal to cause denials in numerous grievances while they continued the harrassance Retalliation and incompetent Medical treatment. But the refusal wasnt even a visible point because they had me back on another perscription - One set up to cause the same problem all over again. They answer with lies so often they cant keep them straight And Since there is no Grievance Investigation they continue to keep up the Retalliation.

Also the grievances for the Discomfort Chess Camps and rectal Bleeding have nothing to do with my thyroid. So claiming my refusal of Thyroid meds makes no Sence. Lack of Thyroid meds for Hypothyroidisin causes Constipation. An Investigation would have showed that. The Diet I was being denied caused such severe Discomfort that even that didint stop the problem.

✱ This is the Outline of the Perscription Sticker mentioned iniere it modertminal, coman up missing

3-2-11

Daniel McCall   102428
SIGNATURE OF GRIEVANT AND D.C. #

REGION I PHARMACY   (850) 482-9540
2980 STATE CORRECTIONS RD MARIANNA, FL 32448
Rx 5140863   MCDANIEL, M DO
GOULD, DANIEL 102428
NWFRC-ANNEX - L1201U
*DOT* TAKE ONE TABLET BY
MOUTH EACH DAY

LEVOTHYROXINE EOH 150MCG TAB   #30
QTY: 30   12/10/2010   NO REFILLS REMA LM1/LKP

*DOT* TAKE ONE TABLET BY
MOUTH EACH DAY

THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ , Daniel Gould
　　　　　　　　　　　　　　　　　　　　　　　　　#　　Signature

**INSTRUCTIONS**

[...] or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, [...] cretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

125

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 03/07/2011
　　　　　　　(Date)

Institutional Mailing Log #: 1103-125-015   alloon
　　　　　　　　　　　　　　　　　　　　　　　(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY　　　CENTRAL OFFICE
　　　　　　　　INMATE (2 Copies)　　　　　INMATE
　　　　　　　　INMATE'S FILE　　　　　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　　　　INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

**MAR 1 8 2011**

Department of Correct... ...ns
Bureau of Inmate Grievance Appeals
SOULD, DANIEL

**PART B - RESPONSE**

| SOULD, DANIEL | 102428 | 11-6-07649 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative review has been received, reviewed, and evaluated.

You need to provide the DC1-303 forms and continuation sheets also.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner), to re-file your appeal to this office. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

LI·201

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** CHO

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department **RECEIVED**

From: _Gould_ _Daniel_ _J_ _102428_ _NWFRC_ FEB 22 2011
    Last    First    Middle Initial      Number      Institution

**ASST. WARDEN'S OFFICE**

Part A — Inmate Grievance

Im writing this for the Second time Due to recieving no response. Medical is abusing the Co-payment Procedure. To date I have had to go to Sick Call approx 10 times complaining of the Same problems Discreet Bac Cramps. The problem is held in check By a 3600 calorie diet, in the past year · 3 times · My pass is denied renewal and Im forced to go to Sick Call 3 times to see a docto· to get put back on it. 4 times I have had a medication I have to take Daily run out with no Refill ordered. Medical's answer is its my responsibility to go to Sick Call. Medical Claims My Inmate initiated Sick Call will be charged a Co Pay. Medical denied Diet pass renewal 3 times. The lost caused me to need to go to Medical Emergency twice and Sick Cell when the Medical Emergency was denied. So on 2 prior times I was put on the diet because it is the only thing that works. But in x year ive been charged for 12 Sick Cells. Now Im told that I will be charged when Medical writes up refill prescriptions for a medication I have to take the rest of my life. They keep claiming us the Sick Call but after 2 Medical Emergencies and 2 Sick Cells starting in November I still havnt seen a Doctor Thats for the Constant Diareeh Gas Cramps or for the lack of Thyriod medication ever though My lost blood test had my Thyriod levels over 200 times a safe level. a safe level is 0.5 - 5.3 my level was eve. 225.0 But I still havnt seen a Docto.

**SEE ATTACHED RESPONSE**

_2-21-11_
   DATE

_David Gadd_ _102428_
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _Ø_ , _David Gadd_
                                                                 #        Signature

_071_

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _1102·125·051_
        (Date)

(Received By)
**MAILED**
_0304201 1_

DISTRIBUTION:   INSTITUTION/FACILITY       CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE             INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                      CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1102-125-051 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received, reviewed, and evaluated with the following findings.

Your medical record was reviewed by the clinician on 02/15/2011 and your medication was adjusted.  If you continue to have problems, the sick call system is available.

Your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by 33-103.007(3)(a) and (b), and forwarding your complaint to the Office of Inmate Grievances, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

_____           _____        3/4/11
SIGNATURE AND TYPED OR PRINTED NAME     SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                  SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAY 2 7 2011

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

INMATE GRIEVANCES

From: Gould    Daniel    S                    102428            NWFRC Annex

| Last | First | Middle Initial | Number | Institution |

---

Part A – Inmate Grievance    11-6-16154

For the Fifth time Medical has denied me Medication for my
Thyroid Desease, I wrote another Grievance # 1104-125-030
Part C dated 4-29-11 and the Time limit given in
chepter 33 is expired without me getting a response.

So I have no response to send for an appeal.

5-20-11
DATE

SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Signature

#

INSTRUCTIONS    7y                    110

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

125

Submitted by the inmate on: 05-24-2011
(Date)

Institutional Mailing Log #: 11 005-125 014

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)


MAILED/FILED
WITH AGENCY CLERK

JUN 0 6 2011

Department of Corrections
Inmate of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-16154 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Formal grievance 1104-125-030 was mailed to you on 05/20/11. A delay in that response is noted.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED/FILED
WITH AGENCY CLERK

**JUN 0 7 2011**

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-11291 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| **INMATE** | **NUMBER** | **GRIEVANCE LOG NUMBER** | **CURRENT INMATE LOCATION** | **HOUSING LOCATION** |

Appeal Returned:

There are no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Pilar Tournay IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Gould    Daniel    J.    102428    NWFRC Annex
    Last    First    Middle Initial    Number    Institution

| Part A – Inmate Grievance | 11-6-26797 |

I went to a Doctor Call Out on 8-8-11 for Thyroid Clinic. The
Whole point of Thyroid Clinic is to Make Sure The Medication is in the
Correct Dosage. Even though blood was taken the week previously they did
not draw any for a Thyroid Level. I have been denied Thyroid Medication
for almost 2 months and now Medical is trying to Hide that fact by
bringing me in for a Thyroid Clinic without a blood test. The last time
I was denied Thyroid Medication my Level Skyrocketed to 274 (normal is from
0.-5.) I was written a Prescription for 90 days — 60 of which I was
refused Medication. The fact is the time I was back on meds was no where
near enough to fix the 274 level — Then I had to go through another 2 Months
being denied Medication. I was written another perscription for Thyroid
Medication at the Level I was taking after a normal Thyroid Level. But a
blood that would have to show a Level needing a Higher Dosage to fix.
Medical Refused to have the test done even though Blood was drawn for
something else, to hide the fact that my thyroid level is high enough to
prove Criminal Medical Negligence
Submitted 8-9-11

8-29-11
DATE

David Yaull 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 David Yaull
    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 9/6/11
    (Date)

Institutional Mailing Log #: 19

125

(Received By)

DISTRIBUTION:     INSTITUTION/FACILITY    CENTRAL OFFICE
    INMATE (2 Copies)    INMATE
    INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
    INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

SEP 13 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-26797 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

1106 · 125 · 032

LI· 201 U

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** C Ho

TO: ☒ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: Gauld Daniel J 102428

~~RECEIVED~~

    Last    First    Middle Initial    Number

Institution
JUN 14 2011
ASST. WARDEN'S OFFICE

Part A – Inmate Grievance

Medical is again denying me needed Thyroid Medication. This
is the 6th time in approx 17 months. Grievance Log #
1104-125-030 (For the 5th time. I was denied these meds) Medical
Claimed I was given a 90 day perscriptions and a Clinic
appointment in Aug. The 90 day perscription was written on
5-6-11. It is now 6-9-11 and I again have no medication.
I put in the Refill on 5-31-11 when I had 8 pills left.
It's been 10 days. I have not been on KOP medication pick
up and have had no meds for 2 days. The 90 day perscription
given to clean up Grievance 1104-125-030 is beyond Worthless when
medical refuses to give me the medication. I am the only inmate
on this compound that gets this type of medical Treatment, 6 times
in 18 months! The Clinic appointment needs a blood test. With
no meds the blood test will be off. The last time This happened
my Thyroid level was more than 40 times higher than a normal
safe level; it was 274 – normal is 0.5 - 5.3.

## SEE
## ATTACHED
## RESPONSE

6-9-11
DATE

David Hull 102428
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _0_ , _David Hull_
                                                                              #        Signature

07g

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: **1106· 125· 032**
                            (Date)
                                                                    (Received By)

**MAILED**

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

06a730 11

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1106-125-032 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You have a current order for your medication. If you have turned in your refill, you will receive it. You have the option to go to sick call to check the status.

Grievance Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

6/27/11

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**DEPARTMENT OF CORRECTIONS**

JUL 1 9 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

 OF CORRECTIONS GRIEVANCES

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Gould  Daniel  J  102428  NWFRC Annex L1201np

  Last   First   Middle Initial   Number   Institution

  11-6-21504

Part A – Inmate Grievance

Medical's Response is an obvious lie, I was out of Meds on on 6-9- when I wrote the grievance, I was still out of meds on 6-27 when they responded and on 7-5-11 I am still out of meds getting sicker and sicker by the day. Medical answers everything with go to Sick Call and get charged another Co pay) They Deny me meds they Deny me Diet renewals They write passes and don't give them to me. But I'm supposed to keep Paying Co payments to get the Medical treatments they refuse. I am now at approx 30 days with no medication. I can feel that my thyroid level is dangerously High! I know the feeling because Medical Keeps putting me in this condition! Lo times I've had to do this. Lo Times Medical Denies me needed medical Treatment. Lo Times In denied Medication for c Doctors that will Kill me if left unmedicated and a medication that I will need my entire life.

They Claim "If" I put in for Sick Cell? There is a Camera pointing to a door right next to the Sick Cell Box. I put in for refill on 5-31-11 all you have to do is look.

7-5-11    102428
DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 , D-Gould
  #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Submitted by the inmate on: 07/13/2011    Receipt for Appeals Being Forwarded to Central Office
  (Date)    Institutional Mailing Log # 1007·125·005    125

  (Received By)

  1100-125032

DISTRIBUTION:  INSTITUTION/FACILITY   CENTRAL OFFICE
  INMATE (2 Copies)    INMATE
  INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
  INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILED
AGENC...

AUG ...

Department of Correction
Bureau of Inmate Grievance...

*125-032*

*Exhibit B*

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-21504 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Gilo on 6/27/11 appropriately addresses the issues you presented.

If you have problems receiving your prescribed medications, then it is your responsibility to access sick call to address it with the medical staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

no Med 3

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JUN 1 4 201

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: _Gould_ _Daniel_ _J_    _102428_    _NWFRC Annex L120 up_
    Last    First    Middle Initial      Number      Institution

Part A – Inmate Grievance    11-6-17846

Medical's Answers are without Question Misleading and don't really answer the
grievance. I wrote the grievance on 4-28-11 after not having meds for almost
10 days. Medical writed another 8 days to write a new perscription - 18 days
with no meds for a Thyroid Desease that will eventually Kill me if left
unmedicated - Then denies the grievance. 2) by their own dates Medical
also writed 21 days to answer the grievance's Recieved date 4-29-11
response date is 5-20-11. Then the response was held until I didn't get
d until 6-1-11. They ignored the Time limit in Chapter 33 then denied
me 12 of my 15 day limit to appeal. This is the 5th time in a year
and a half. Your office is still investigating their lies in responce to
the 4th time I had to grieve not having meds. Medical is doing this
to me on several levels. Meds Died passes, Other Meds (omeprazole which
I am now not getting again) They keep doing this to me because they are
being allowed to. Something needs to be done before this leads to a
more permanent problem for me phisically.

_6-1-11_
DATE

_David Gould 102428_
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _0_ , _David Gould_
                                                       #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Submitted by the inmate on: _06-08-2011_
        (Date)

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _11-6-125-013_

_Alloor_ 125
(Received By)

_1104-125030_

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                   INMATE (2 Copies)              INMATE
                   INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
                   INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED WITH AGENCY CLERK
JUN 21 2011
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-17846 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative appeal has been received in non-compliance with Chapter 33-103.014(i), which states that the appeal must be received in the Office of the Secretary within fifteen calendar days of the institutional response.

You provided no evidence to prove staff hindered your mail.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Therefore, your grievance is being returned without action.

S. Milliken

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SM
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

6/17/11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JUN 2 1 2011

TO: ☐ Warden       ☐ Assistant Warden       ☒ Secretary, Florida Department of Corrections
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: _Gould_  _Daniel_  _J_           _102428_           _NWFRC_ _Annx_ _11801 p_
      Last      First    Middle Initial      Number            Institution

---

Part A – Inmate Grievance          11-6-18529

This is another of Medicals false Grievance Responces. Grievance
# 1105-125-020 was denied after Medical fixed the problems
in the Grievance (Temporaily) but ignored that it is a repeted
problem again and again. Every time i'm forced to go to repeted
multiple Sick Calls and charged for Multiple Co-payments because
of Medicals refusal of needed Medical Treatment. The responce
in 1105-125-020 in no way answers to a Grievance claiming
Grievance Retaliation, Refusal of Medical Treatment and Dilibrate
indifference. I am singled out for these repeted refuse/s
I am the only inmate that has to continually with Grievances
for refused Diet passes refused Thyroid medication. Grievances
held past timelimds, id continues on and on because Medical is
alowed to let it continue.

To add insult to injury I was issued a Diet pass on
5-20-11 but Medical waited until I went to Sick Call on
5-24-11 to let me know about it being charged another Co-pay

---

_6-8-11_
DATE

_Daniel_ _Gould_ _102428_
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____  _____
                                                                        #    Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _06/13/2011_     Institutional Mailing Log #: _1006-125-017_     _____
                            (Date)                                                          (Received By)

                                                                                105-125-028

DISTRIBUTION:     INSTITUTION/FACILITY           CENTRAL OFFICE
                  INMATE (2 Copies)              INMATE
                  INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                 CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



JUN 2 8 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-18529 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative review has been received and evaluated. Your grievance was received in
non-compliance with FAC Chapter 33-103.014(1)(g), in that you did not attach the (1105-125-020).

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date
stamped in upper left corner), to re-file your appeal to this office. Attach a copy of this response to your re-filed grievance
along with the DC1-303 form.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

**RECEIVED**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JUN 2 1 2011

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

INMATE GRIEVANCES

From: _Gould    Daniel    J_     _102828_     _NWFRC Annex L-1-201 p_
      Last    First    Middle Initial     Number     Institution

---

Part A – Inmate Grievance     11-6-18805

Medicals Response is Misleading and does not answer the ☒ Grievance. It also is denied under false pretence. The Grievance's problems were (temporarily) fixed because of the Grievance - Proof that the Grievance warrents approval not denial.

The Grievance claims That every time my Diet Pass expires I'm denied further medical treatment, forced to go to repeted Sick Calls and Charded repeted Co payments. I am being charged Co pay after Co pay because Medical is Refusing needed Medical Treatment. 4 times this has happened. My medical file has to show that every single time the same exact symptoms return. When the last pass was denied renewal I was denied to even see anyone. I sign the Sick Call Slip on 5-12. On 5-12 I was sent a pass denial to the dorm. I was seen by no one to determine the need for a pass renewal. Medical's only information was my Medical file which shows 3 prior times that shows the Diet pass is the only working medical treatment to solve my digestive problems.

And though I was seen on 5-24-11 at Sick Call I was told the Docter reissued the Pass on 5-20-11 But did not give me the pass so I could not go to diet meals racking up another Sick Call and another Co pay

_6-8-11_
DATE

_Danl Gould    102828_
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _Ø_ , _Danl Gould_
                                                                      #         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _06 13 2011_     Institutional Mailing Log #: _11006-125-016_     _125_
                              (Date)                                                          (Received By)

                                                                                              _1105-125020_

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)



MAILED/FILED
AGENCY CLERK

AUG 1 3 2011

Department of Corrections
Bu of Inmate Grievance Appeals

## PART B - RESPONSE

| GOULD, DANIEL | 102428 | 11-6-18805 | NWFRC ANNEX. | L4209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Gilo on 6/3/11 appropriately addresses the issues you presented.

Please be advised that If you have lost your diet pass and need a new copy, you will have to access sick call to receive a new copy.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment. This practice is in keeping with the Florida Statues.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASSTLWARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI·201 U

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL** CHO

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Gould  Daniel  J        102428        NWFRC    JUN 21 2011    Apr 2014
      Last    First   Middle Initial    Number            Institution

**ASST. WARDEN'S OFFICE**

Part A – Inmate Grievance

Here is more proof of Medical's Continued Grievance Retaliation. After I was placed back on The Diet Medical held (2) two call Outs for all The Diet pass holding inmates. The first was on 5-29-11 and the Second was on 6-13-11. The Call Out was for inmates on the Diet to sign papers explaining the rules and restrictions pertaining to staying in compliance with their Diets. I was left off both Call-Outs. Asking around at Diet meal time I found out I was the Only one left off the Call Out.

## SEE
## ATTACHED
## RESPONSE

6-19-11        Daniel Gould  102428
DATE          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____  Daniel Gould
                                                                      #        Signature

07d

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 1106-125-041

                    (Date)                                                    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE                    **MAILED**
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE        0627011
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1106-125-041 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received, reviewed, and evaluated with the following findings.

You have a current diet pass and will be placed on call out to sign a diet pass agreement. There is no evidence to support your claim of grievance retaliation.

Based on this information, your formal grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILLI, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

6/27/11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

LI.20/

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHTO

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

**RECEIVED**

From: Bould   Daniel   S        102428        DWFRC Anna L-1-2016
Last     First    Middle Initial     Number        JUL Institution II

Part A – Inmate Grievance

| ASST. WARDEN'S OFFICE |

Medical is practicing Grievance Retalliation and Medical Fraud!
They are causing situations forcing me to have to use the
Sick-Call and be charged by withholding needed Medical
treatment. I have to take a medication every day of my
life. Levothyroxine, 6 times in the past 18 months I
have been denied medication. Their answer go to Sick Call.
Every time my Diet pass needs renewal I en denied. That's
5 times in 18 months. Their answer go to Sick Call
3 times to see a doctor. Their refused to give me the
last Diet Pass until I had to go to Sick Call for the
Second time 4 days after the pass was written. Medical
Refuses medical treatment forcing repeted Sick Call visits
so they can rack up Co-payment after Co payment to Fix
the problems they are causing.

**SEE ATTACHED RESPONSE**

6-27-11
DATE

David Yold 102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___
# ___ Signature

07h

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #_____
             (Date)

107.125.003   **MAILER**   (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-003 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received and reviewed. The following response is provided:

YOUR GRIEVANCE IS BEING RETURNED WITHOUT FURTHER ACTION IN ACCORDANCE WITH F.A.C., Chapter 33-103.014(1)(n): our office concerning this issue has already rendered a decision to you grievance log # 1106-125-041. Further facility level review is not warranted.

Return without disposition.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

7·14·11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

JUL 1 9 2011

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Gould     Daniel     J          102428          NWFRC Annex L12014β
     Last    First   Middle Initial    Number     Institution
                                                  11-6-21505

### Part A – Inmate Grievance

Your responce was held until 7-5-11 at 8:26 pm. Medical uses Malpractice, Dilibrate Indifferance and Grievance Retalliation et will and do it because they Know they will not be held responsible. You have asked repetedly for proof of held responce. The Only proof I could ever possibly have is the Dormatory Cameras. Here is the responce you asked for in 11-6-18529, Undoubtablly it will be held past the time limit since Dow 1/2 of it is already gone. The reason I could not send Grievance # 1105-125-020 is because you already have it in a direct appeal Grievance. Here is another copy.

7-05-11                    Daniel Gould 102428
  DATE                    SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** Ø , Daniel Gould
                                                             #      Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Submitted by the inmate on 07/11/2011          Receipt for Appeals Being Forwarded to Central Office
        (Date)          Institutional Mailing Log #: 1100T.125.006     au
                                                             (Received By)

    **DISTRIBUTION:**    INSTITUTION/FACILITY          **CENTRAL OFFICE**          105-125-020
                      INMATE (2 Copies)               INMATE
                      INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                      INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                  CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILE ...
TRANSV TC ...

AUG 2 5 2011

Department of Correction
of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-21505 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing including passes.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

028

**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department Correctional

RECEIVED

From: Gould    Daniel    J    102428    NWFRC JUN 20 2011 201 o

Last    First    Middle Initial    Number    Institution

ASST. WARDEN'S OFFICE

---

**Part A -- Inmate Grievance**

I am being denied needed Medication despite the repated lies to numerous Grievances. This is the 6th time in 18 months.

Grievance # 1104 -125 -030 denied because of a 90 day perscription is written starting on 5-6-11

Grievance # 1106 - 125- 032 denied because of a current order for medication

I put in for Refill on 5-31-11 as of 6-8-11 I have been cut of medication for 41 days. This is for a Thyroid Descase that will cause Organ Failure and or death if left un Medicated. They're answered numerous grievances with what must be considered lies because I am still being denied Medication. The last time Medical did this my Thyroid level went to 274. Thats 270 points higher than normal- Dangerous in the Extreme! Insisting I sign up and be charged for Sick Call to get medication they are obviously Refusing to give me is Medical Malpractice, Diliberate Indifference and Medical Fraud!

**SEE ATTACHED RESPONSE**

7- 18 - 11    Daniel Gould 102428
DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 , Daniel Gould

#    Signature

07h

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Flc  a Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 1107 . 125 · 028

(Date)    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE    **MAILED**
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE    080120/1
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-028 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Grievance was received and reviewed. The following response is provided:

YOUR GRIEVANCE IS BEING RETURNED WITHOUT FURTHER ACTION IN ACCORDANCE WITH F.A.C., Chapter 33-103.014(1)(n): our office concerning this issue has already rendered a decision to you grievance log # 1106-125-032. Further facility level review is not warranted.

Return without disposition.

NEE-GIFO, MD, FAAFP
CHIEF HEALTH OFFICER

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/1/11 |
|---|---|---|
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

$L1 \cdot 2010$

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

CHO

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: Gould Daniel J     102428     **RECEIVED**
      Last    First    Middle Initial     Number     JUL 25 2011 Institution

Part A – Inmate Grievance

ASST. WARDEN'S OFFICE

This is a Second Grievance. The first being neither acknowledged or responded to. Medical Charged me for a Medical Co Pay on 6-23-11. I did not Sign up for Sick Call in the entire month of June. I wrote this upon reviewing my monthly bank statement. The charge is Reference # 05241110105C. This is clearly a case of Medical fraud. I was charged for something I didn't Sign up for, Didn't ask for and Didn't want to be involved with. Then the first Grievance was ignored.

## ~~SEE~~
## ~~ATTACHED~~
## ~~RESPONSE~~

7-21-11                 Daniel Gould 102428
DATE                         SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   Ø , Daniel Gould
                                                      #     Signature

$O7_1$

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____ Institutional Mailing Log # 107·125·039

         (Date)

**MAILED**

08/30/11

DISTRIBUTION:    **INSTITUTION/FACILITY**      **CENTRAL OFFICE**
             INMATE (2 Copies)            INMATE
             INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
             INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 1107-125-039 | NWFRC ANNEX. | L4209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and reviewed with the following findings.

You accessed the sick call system on 05/24/2011. This co pay is correct. All inmate initiated visits are subject to co pay.

Based on the above your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILO, MD, FAAFP
CHIEF HEALTH OFFICER

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8·12·11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**DEPARTMENT OF CORRECTIONS**

JUL 29 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From: Gould      Daniel      J      102428      NWFRC Annex L 1201 up
    Last      First      Middle Initial      Number      Institution

---

Part A – Inmate Grievance      11-6-22562

This is the 4th Grievance i've sent to you as continuing proof you keep telling me I don't have concerning Grievances answered lat or not at all. Grievance # 1106-125-034 Reciept Dated 6-14-11 is still unanswered. Now you can add to that Grievances # ed 1107-125-002 and 1107-125-003 both dated 7-1-11.

The reason I had to mail this one is because there was two Grievances Written that they have refused to ever aknowledge with a Reciept just C so I cant send you the Log numbers. Medical is fleunting the fact that they care nothing for Grievances. Flat out Denying me the Grievance procedure on multiple levels. I have no proof or reason to believe you ever recieved the prior 3 statments Showing in a log type version of the time limits I'm being denied by their holding responces until In Time barred to appeal.
Again I repete that if Medical Grievances had to be signed for by the inmate and dated than this continuing problem could not happen again. Inmates couldit make false cleims and Medical would be denied their ability to felsify the dates they are really sent.

7-25-11
DATE

Daniel Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  Ø , Ø V Gull
                                                                    #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 7/28/11
                    (Date)

Institutional Mailing Log #:_____

Sm 125
(Received By)

DISTRIBUTION:      INSTITUTION/FACILITY          CENTRAL OFFICE
                   INMATE (2 Copies)              INMATE
                   INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                   INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                                  CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



Griev. Process

MAILED WITH AGENCY CLERK

AUG 0 4 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-22562 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Although your grievance addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

A review of all three (3) formal grievances reveals they have been mailed to you timely.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

**RECEIVED**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 1 6 2011

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: Gould Daniel J     102428     NWFRC Annex L-1-201 φ

Last     First     Middle Initial     Number     Institution

| Part A – Inmate Grievance | 11-6-24609 |

Despite the Mailed on date of 7-14-11, The Digital Dormitory Cameras will show that on a 8-1-11 at approximately 5:20 pm I was given Grievance Responses 1106-125-002 and 1106-125-003 and went immediately to work on these appeals. Notice they were held 1 day longer than my time allotted to appeal.

Medical Grievance 1106-125-041 does not answer this Grievance. If anything it only proves the point that the Retaliation and Fraud is continuing and getting worse. I am still currently not getting Thyroid Medication. They still haven't addressed my Diet Pass being held unfill the Symptoms got so bad I had to go back to sick Cell to find out the pass was written 4 days prior. And Since then I was Charged for a Sick Cell visit for an annual T3 Test I never wanted, asked for or Signed up for. That Response is being held also.

8-1-11
DATE

Daniel Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** Ø , Daniel Gould

#     Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 0801 3011     Institutional Mailing Log #: 11008-110-001     Alloore

(Date)     (Received By)

110-125 -003

DISTRIBUTION:     INSTITUTION/FACILITY     CENTRAL OFFICE
                  INMATE (2 Copies)        INMATE
                  INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

MAILED/FILED
WITH AGENCY CLERK

AUG 2 4 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-24609 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal has been received, evaluated, and referred to the Warden for appropriate handling and action.

The institution will be providing you with a response once their review is completed.

If you feel that the institutional response does not adequately resolve the issue, you may once again appeal to this office within 15 days from the date of the institutional response.

Your issue regarding medication, diet pass and TB testing was not presented at the institutional level and therefore will not be addressed by this office.

Your issue regarding time frames is a separate issue and should be grieved as such, also, being initiated at the appropriate level.

Based on this action, your grievance is approved for further inquiry.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

RECEIVED

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 16 2011
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Gould    Daniel    J        102428        NWFRC Annex L-4-209 L
      Last    First    Middle Initial        Number        Institution

Part A – Inmate Grievance    11-6-24631

This is another weekly log entry of my not recieving Grievance Response
# 1106-125-034. Your Office keeps claiming that I show no proof
of my Grievance responces being held untill there too late to appeal.
Other than the Digital Cameras that will show I am not getting responces
when they claim I am this is the only proof I have any way of
showing I am being Denied the Grievance Procedure.

Once again the Obvious solution would be for Medical
Grievances to be healed out with Legal Mail where they would
be Dated and signed for by the inmate. That would be proof
that neither side could dispute. Untill that time Medical will
continue to hold any Grievance with substance untill it is time
barred from appeal, Continuing to deny inmates the Grievance
Procedure.

8-8-11                                    Dail Gould 102428
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___  Daniel Gould
                                                                            #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

                                                                            125
Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/16/11        Institutional Mailing Log #:_____
                            (Date)                                    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION /FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

AUG 2 3 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

### PART B - RESPONSE

| GOULD, DANIEL | 102428 | 11-6-24631 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Although your grievance addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

Formal grievance 1106-125-034 was approved for re-imbursement.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: ___Crould___ ___Daniel___ ___S___ ___102428___ ___NWFRC Annex___
　　　　Last　　　First　　Middle Initial　　　Number　　　　Institution

---

Part A – Inmate Grievance　　11-6-22565

This is the 7th weekly Grievance on my not receiving any response to Grievance # 1106-125-034. Medical Grievances are continuously and repeatedly being held until they are time barred. Grievances that are written about it are being ignored and not answered in any way shape or form. Not Even Part C Receipts are coming back. I just wrote 3 on not receiving Medical Grievance Response for 1107-125-024, 1107-125-035 and 1107-125-039.

Without Receipts or responces there is no way possible for me to show proof! The Doorn Cemeras Prove that Responces are not being returned when the Mailed or dates to me claim. i am being denied the Grievance Procedures!

The Obvious solution is to make Medical Grievances here to be Signed and dated for by the inmate. Untill the Medical will have free reign to hold ezy and all Grievances untill your officer considers them Time barred. As it is i have no chaice but to mail in Grievances - proven by your responce to Medical Grievance 11-6-22562. is only the 4th one gets answered because the first 3 sent in through the Grievance box was never sent to you.

8-15-11　　　　　　　　　　　Daniel S Crould 102428
DATE　　　　　　　　　　SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__ / __Daniel S Crould__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　　　Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____
　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　(Received By)

DISTRIBUTION:　　INSTITUTION/FACILITY　　　CENTRAL OFFICE
　　　　　　　　INMATE (2 Copies)　　　　　　INMATE
　　　　　　　　INMATE'S FILE　　　　　　　INMATE'S FILE - INSTITUTION./FACILITY
　　　　　　　　INSTITUTIONAL GRIEVANCE FILE　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

AUG 3 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| GOULD, DANIEL | 102428 | 11-6-25565 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Although your grievance addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

You are advised that the filing of multiple grievances regarding the same issue will only impede the inmate grievance procedure, not hasten a reply.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED/FILED
WITH AGENCY CLERK

AUG 3 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-25564 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed and evaluated.

In accordance with Chapter 33-103.014(n), there are no provisions in the Inmate Grievance Procedure for you to appeal a decision already rendered by this office.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME | SIGNATURE OF WARDEN, ASST. WARDEN, OR | DATE |
|---|---|---|
| OF EMPLOYEE RESPONDING | SECRETARY'S REPRESENTATIVE | |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 2 4 2011

TO: ☐ Warden        ☐ Assistant Warden        ☒ Secretary, Florida Department of Corrections
                                                                        BUREAU OF INMATE GRIEVANCES

From: _Gould___ _Daniel___ _J___        _102-128___        _NWFRC Annex___
        Last       First      Middle Initial              Number                    Institution

---

Part A – Inmate Grievance        11-6-23364

Your informaties couldn't be more falsified, It is now
8-15-11 and to date I still haven't recieved a response
to Grievance 1106-125-034, All you have to do is look
at the Digital Data from the Dorm Cameras, They claim I
got it on 6-27-11 That Did not happen and it is provable
beyond any doubt, the Cameras will show I was not
given that response! And now 50 days later I still have
not gotten it

The Only Absolute Solution to this Continuing and Repeated
problem is to make Medical Grievances have to be Signed
for by the inmates, untill That happens Medical Grievances
will Continue to be held because they Know a held Grievance
will be denied on time limit despite the Obvious merit of the
Complaint,

_8-15-11___                                        _(signature) 102428___
DATE                                        SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _Ø___ , _(signature)___
                                                                                    #            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _(signature)___        Institutional Mailing Log #:_____        _Sm___
                                (Date)                                                                (Received By)

DISTRIBUTION:        INSTITUTION/FACILITY                    CENTRAL OFFICE
                            INMATE (2 Copies)                          INMATE
                            INMATE'S FILE                              INMATE'S FILE - INSTITUTION./FACILITY
                            INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
                                                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 0 3 2011

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden          ☐ Assistant Warden          ☒ Secretary, Florida Department of Corrections

From: __Gould__  __Daniel__  __J__          __102428__          __NWFRC  Annex  H 201 p__
       Last    First   Middle Initial         Number              Institution

Part A – Inmate Grievance          11-6-23367

This is the 3rd Grievance showing that Medical Grievance #
1106-125-034 is not being answered. Denying me the Grievance
Procedure. This is happening repeatedly with no answer or late answers
and everytime appeals are denied because I don't have sufficient proof.
The only proof I could ever have is the Digital Dormatory Cameras showing
I didn't get Grievances on the days they claim I got them. So this is
a loss, if weekly proof I'm not getting Grievance replies for 1106-125-034
Reciept dated 6-14-11. Already their 20 days and my 15 + appeal
is spent.

_____

7-18-11                                        D_____ 102428
DATE                                   SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___0___, _____
                                                                              #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Submitted by the inmate on: __07.22.7011__          Receipt for Appeals Being Forwarded to Central Office
                              (Date)         Institutional Mailing Log #: __1100 7.10.625__     all  DX
                                                                                                  (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY              CENTRAL OFFICE
                 INMATE (2 Copies)                 INMATE
                 INMATE'S FILE                     INMATE'S FILE - INSTITUTION /FACILITY
                 INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                                                   CENTRAL OFFICE GRIEVANCE FILE

DCI-303 (Revised 2/05)



## PART B - RESPONSE

| GOULD, DANIEL | 102428 | 1104-125-030 | · NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

*Your grievance has been received, reviewed, and evaluated with the following findings.*

Your prescription for Levothyroxine was written on *05/06/2011 and is good for 90 days. You have a follow up clinic appointment with a provider in August.*
Sign up for sick call as needed until then.

Your grievance is Denied.

You have (15) calendar days from the date of this response in which to seek further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

N.B. GILD, MD, FAAFP
CHIEF HEALTH OFFICER
NWFRC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 5/20/11 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED/FILED
WITH AGENCY CLERK

SEP 1 3 2011

Department of Corrections
Bureau of Inmate Grievance Appeals **PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-25831 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Gilo on 8/12/11 appropriately addresses the issues you presented.

Please be advised that this office cannot corroborate your allegations against the health care staff.

All inmate self-initiated sick call visits that are determined to be of a non-emergent nature will incur a co-payment. This practice is in keeping with the Florida Statues.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding



AUG 3 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-25572 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Although your grievance addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED/FILED
WITH AGENCY CLERK

AUG 1 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-23367 | NWFRC ANNEX. | L1201U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Formal grievance 1106-125-034 was received on 06/14/11 and responded to and mailed to you on 06/27/11.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

_____
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

8/8/11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

AUG 2 4 2011

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: _Gould_ _Daniel_ _J_ _102425_ _NWFRC Annex_
Last First Middle Initial Number Institution

---

Part A – Inmate Grievance    11-6-25572

You were lied to in coming to your responce of 11-6-22562.
Not only were these 3 Grievances not sent in a timely manner I still
have not recieved the answer to 1106-125-034. You keep claiming
I dont show proof - Its simply because its impossible to prove a
negative. The Dorm Cameras will clearly show I did not recieve any
Grievance Responces when they claim I did! You are being repeatedly lied
to with Digital proof that they are lies! Now not only are my
Medical Grievances being held until you can claim they are time barred
any Grievances I write for not getting a responce in time are being
totally ignored. No Responce or Part C Reciept to show I wrote it
at all. All proof of these things are beyond impossible for me
to get. But proof of their lies claiming Im getting my responces
or specific days are on Digital Cameras 4 is my Quad Showing Im
not recieving these responces.

OBVIOUS Solution! Make Medical Grievances have to be
Signed for by the Inmate! There will now be another Claim
of Grievances being held.

_8-15-11_
DATE

_Daniel Gould 102425_
SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _0_, _Dan Gould_
# Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _8/24/11_ Institutional Mailing Log #:_____
(Date)

_SM_
(Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)



MAILED/FILED
WITH AGENCY CLERK

AUG 3 0 2011

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-25561 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL    RECEIVED

AUG 2 4 2011
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES
NWFRC    APPEALS

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From: Gould    Daniel    J    102428    NWFRC
　　　Last　　First　　Middle Initial　　Number　　Institution

Part A – ~~ate~~ Grievance    11-6-35561

Not only was Medical Grievance held untill it was Time barred
from appeal. The response is diliberatly Misleading and False.
The response they claimed as the answer already given was noted in
the Grievance, 1106-125-032 was recepted on 6-14-11. Grievance
1107-125-028 was Written on 7-18-11 and I was still not
getting my Thyroid medication! The response dosd hold water
and then holding it untill it is time barred means they don't
have to answer why I am being Refused Needed Medication!
The following Grievance proves how it was held and back dated
to deny my ability to Appeal

8-18-11
　DATE

David Gould    102428
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:
　　　（Date）

Institutional Mailing Log #:_____

（Received By）

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 2 4 2011

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Gould Daniel J          102428          NWFRC Annex
    Last  First  Middle Initial      Number        Institution
                                                  1-6-25831

| Part A – Inmate Grievance |
| --- |

I finally got some proof of My Medical Grievances being held. I recieved these 2 Grievances on 8-18-11 at approx 4:10 pm - Recorded on L Dorm Cameras! I got them together even though one claimed to be mailed on 8-1-11 1107-125-028! And the other claims to be mailed on 8-12-11 - 1107-125-039. They were both Sent to L1 201 up as shown in the upper left corner - then rerouted to L4209 up. I was moved to L4209L on 8-5-11 then switched to the upper bunk L4209 up on 8-15-9. The Grievance 1107-125-028 was rerouted to a bunk I wouldn't get moved into for 14 days if it was sent out on 8-1-11 as it claims. Now its time barred! Its Time barred because the Mailed on date was back dated to deny my ability to appeal. There is your proof That Im being denied the Grievance Procedure.

8-18-11
DATE

Daniel Gould 102428
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                     #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____
                 (Date)

                                                          125
                                                      SM
                                                (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INSTITUTION/FACILITY (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

1107-125-028

DC1-303 (Revised 2/05)



RECEIVED
SEP 15 2011
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| GOULD, DANIEL | 102428 | 11-6-26800 | NWFRC ANNEX. | L4209U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Although your grievance addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

There were no attachments received with this appeal.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

SEP 0 6 201:

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

DEPARTMENT OF CORRECTIONS
AND CORRECTIONS

From: _Gould   Daniel   J_     _102428_     _NWFRC  Annex_
      Last   First   Middle Initial     Number        Institution

| Part A – Inmate Grievance | 11 - 6 - 26800 |

I submitted a word for word written copy of the
inclosed Grievance on 8-9-11. I recieved absolutly no
aknowledgment of any kind. No part of Recient, no response.
Without a Reciept date to work from i am sending this
20 days after the Submission date. Medical has proven they
will lie, back date, a hold responces untill they are time
barred from appeal. Now they are refusing to answer or
even aknowlede submitted Grievances.

_8- 29- 11_                              _Daniel Gould  102428_
   DATE                          SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _Ø_  _Daniel Gould_
                                                                         #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeal – Being Forwarded to Central Office                125

Submitted by the inmate on: _9/10/11_       Institutional Mailing Log #:_____       SM
                             (Date)                                                            (Received By)
                                                                                               NF

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)



MAILED FROM A STATE
CORRECTIONAL INSTITUTION
http://www.dc.state.fl.us/index.html

Hasler
03/09/2012
**US POSTAGE**
$00.00⁰

ZIP 32428
011D11607432

MAILED FROM STATE
CORRECTIONAL
INSTITUTION

Daniel Gould 102428   H1-207-p
North West Fla Reception Center
4455 Sam Mitchell Dr
Chipley Fla 32428

Clerk U S District Courts of Fla

#1N. Palafox Street

Pensacola   Fla.   32502-5658