IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL J. GOULD,

      Plaintiff,

v.                                      CASE NO. 5:12-cv-63-RS-GRJ

KEN TUCKER, et al.,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Objections (Doc. 7). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Leave to proceed as a pauper (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice** for failure to comply with an order of the court, failure to prosecute, and for abuse of the judicial process.

4. All pending motions are **DENIED**.

5. The clerk is directed to close the file.

**ORDERED** on May 8, 2012.

                                       <u>/S/ Richard Smoak</u>
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**